UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>HASSAN M. AHMED, STEPHEN J. NILL, EDWARD T. ANDERSON, PAUL J. FERRI, and PAUL J. SEVERINO,<br><br>Defendants,<br><br>and<br><br>SONUS NETWORKS, INC.,<br><br>Nominal Defendant. | Case No. 04-10359 (DPW)<br><br>RECEIVED<br>Clerk's Office<br>USDC, [illegible]<br>Date 3-22-04<br>By _____<br>Deputy Clerk |

## DEFENDANTS' MOTION TO STAY OR, IN THE ALTERNATIVE, TO DISMISS

The defendants, Hassan M. Ahmed, Stephen J. Nill, Edward T. Anderson, Paul J. Ferri and Paul J. Severino ("Defendants"), hereby move to stay this action until the Massachusetts Superior Court has ruled on the Defendants' pending Motions to Dismiss nearly identical, first-filed derivative actions in the Business Litigation Session of the Massachusetts Superior Court. A stay of this action would be the most efficient use of both the parties' and the Court's resources, and would prevent duplicative litigation of substantially similar issues. In support of their Motion to Stay, Defendants have filed the accompanying Memorandum in Support of Motion to Stay or, in the Alternative, to Dismiss.

In the alternative, the Defendants request that the Court dismiss this action for the reasons set forth in the Defendants' Motion to Dismiss the State Actions in the Massachusetts Superior

Court, a copy of which is attached as Exhibit A to the Defendants' Memorandum in Support of this Motion to Stay.

For the reasons set forth in the accompanying Memorandum of Law, the Defendants request that the Court: (1) grant this Motion to Stay and stay this action until the Massachusetts Superior Court has ruled on Defendants' Motion to Dismiss the State Actions; (2) in the alternative, in the event that the Court denies the Defendants' request for a stay, then the Defendants request that the Court dismiss this action in its entirety for the reasons set forth in the Defendants' Motion to Dismiss the State Actions; and (3) grant such further relief that the Court deems fair and just.

Respectfully submitted,

_____
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Joanne L. Monteavaro (JM-4053)
Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
*Attorneys for Defendants Edward T. Anderson, Paul J. Ferri and Paul J. Severino And nominal defendant Sonus Networks, Inc.*

_[signature]_
Robert S. Frank, Jr. (BBO # 177240)
John R. Baraniak, Jr. (BBO # 552259)
Choate Hall & Stewart
Exchange Place Building
53 State Street
Boston, Massachusetts 02109
Tel: (617) 248-5000
Fax: (617) 248-4000
*Attorneys for Defendant Hassan Ahmed*


_[signature]_
Thomas J. Dougherty (BBO #632075)
Matthew J. Matule (BBO #132302)
Skadden, Arps, Slate, Meager & Flom LLP
One Beacon Street
Boston, Massachusetts 02108
Tel: (617) 573-4800
Fax: (617) 573-4822
*Attorneys for Defendant Stephen Nill*

Dated: March 22, 2004

## CERTIFICATE OF CONFERENCE

I, James W. Prendergast, hereby certify that on or about March 19, 2004, I attempted to contact counsel for Daniel Williams via telephone in an attempt to narrow or resolve the issues presented in this Motion, but did not receive a response and, as a result, was unable to do so.

_____
James W. Prendergast

# HALE AND DORR LLP
COUNSELORS AT LAW

haledorr.com
60 STATE STREET • BOSTON, MA 02109
617-526-6000 • FAX 617-526-5000

JOEL B. KEMP

617-526-6550
joel.kemp@haledorr.com

March 22, 2004

**By Hand**

Office of the Clerk
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

RECEIVED
Clerk's Office
USDC, Mass.
Date 3-22-04
By _____
Deputy Clerk

Re: Daniel Williams v. Hassan M. Ahmed, et al.
Case No. 04-10359 (DPW)

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter, please find Defendants' Motion To Stay Or, In The Alternative, To Dismiss, and related exhibits.

Please date stamp the enclosed copy of the Motion and return it to me in the envelope provided.

Thank you for your attention to this matter.

Very truly yours,

Joel B. Kemp

JBK:alc

Enclosures

cc: Charles J. Gray, Esq.