UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*Exhibit B*

| | |
|---|---|
| DANIEL WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HASSAN M. AHMED et al., )<br>)<br>Defendants, )<br>and )<br>)<br>SONUS NETWORKS, INC., )<br>)<br>Nominal Defendant. ) | CIVIL ACTION NO.<br>04-CV-10359 DPW |

**ORDER REGARDING
PLAINTIFF'S MOTION FOR ADMISSION
PRO HAC VICE**

THIS MATTER having come before the Court on the motion of plaintiffs, pursuant to Rule 83.5.3 (b) of the Local Rules of the United States District Court for the District of Massachusetts, for admission of Attorney William B. Federman, Esq, of the law firm Federman and Sherwood and after consideration of the moving papers there being no opposition thereto,

IT IS this _____ day of March, 2004

ORDERED that William B. Federman is permitted to participate in this matter *pro hac vice* on behalf of plaintiff Daniel Williams.

By the Court:

_____
(Woodlock, J.)

Dated: