**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DANIEL WILLIAMS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 04-10359-DPW |
| ) | |
| HASSAN M. AHMED, STEPHEN J. NILL, ) | |
| EDWARD T. ANDERSON, PAUL J. FERRI, and ) | |
| PAUL J. SEVERINO ) | |
| ) | |
| Defendants, ) | |
| -and- ) | |
| ) | |
| SONUS NETWORKS, INC., ) | |
| ) | |
| Nominal Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendants Edward T. Anderson, Paul J. Ferri, Paul J. Severino and Nominal Defendant Sonus Networks, Inc.

- 2 -

>Respectfully Submitted,
>
>EDWARD T. ANDERSON, PAUL J. FERRI,
>PAUL J. SEVERINO, and SONUS NETWORKS, INC.
>
>By their attorneys,
>
>
>/s/_Gregory F. Noonan_____
>Jeffrey B. Rudman (BBO #433380)
>James W. Prendergast (BBO #553073)
>Daniel W. Halston (BBO #548692)
>Gregory F. Noonan (BBO #651035)
>Hale and Dorr LLP
>60 State Street
>Boston, MA 02109
>(617) 526-6000

Dated: April 15, 2004

- 3 -

## CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Alan L. Kovacs<br>Law Office of Alan L. Kovacs<br>2001 Beacon Street, Suite 106<br>Boston, MA 02135 | William B. Federman<br>Federman & Sherwood<br>120 N. Robinson Avenue, Suite 2720<br>Oklahoma City, OK 73102 |
| Marc S. Henzel<br>Law Offices of Marc S. Henzel<br>273 Montgomery Avenue, Suite 202<br>Bala Cynwyd, PA 19004 | Brian M. Felgoise<br>Law Offices of Brian M. Felgoise<br>361 Old York Road, Ste. 423<br>Jenkintown, PA 19046 |

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated: April 15, 2004