UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Daniel Williams, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 04-10359DPW |
| v. ) | |
| ) | |
| Hassan M. Ahmed, Stephen J. Nill, ) | |
| Edward T. Anderson, Paul J. Ferri, ) | |
| and Paul J. Severino, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| Sonus Networks, Inc., ) | |
| ) | |
| Nominal Defendant. ) | |

### JOINT NOTICE AND STIPULATION OF NO OPPOSITION TO MOTION FOR STAY OF PROCEEDINGS

Plaintiff Daniel Williams, following consultations between his counsel and counsel for defendants Hassan M. Ahmed, Stephen J. Nill, Edward T. Anderson, Paul J. Ferri, Paul J. Severino (the "Individual Defendants"), and Nominal Defendant, Sonus Networks, Inc. ("Sonus") (collectively, the "Defendants"), hereby states that he does not oppose the Defendants' March 22, 2004 Motion for a Stay of these Proceeding and stipulates to such a stay of proceedings, for the reasons set forth in the Defendants' Motion. Plaintiff does not, however, stipulate to the Defendants' alternative motion to dismiss. The parties further stipulate and agree that Plaintiff shall have 30-days from the end of the stay of these proceedings in which to file a response to that alternative motion to dismiss, and Defendants shall have 14 days from the filing of any such opposition in which to file a reply.

FOR THE FOREGOING REASONS, the parties respectfully request that the Court stay this matter pending resolution of the motions to dismiss in the following actions now pending in the Business Section of Suffolk County Superior Court for the Commonwealth of Massachusetts: Brian Tillman v. Hassan Ahmed, Rubin Gruber, Edward Anderson, Paul Ferri, Albert Notini, Paul Severino, Paul Jones, Edward Harris, J. Michael O'Hara and Stephen Nill, Civ. No. 04-0754-BLS and Steven Palma v. Hassan Ahmed, Rubin Gruber, Edward Anderson, Paul Ferri, Albert Notini, Paul Severino, Paul Jones, Edward Harris, J. Michael O'Hara and Stephen Nill, Civ. No. 04-0753-BLS.

DANIEL WILLIAMS,

By his attorneys,

Alan L. Kovacs (BBO No. 278240)
Law Offices of Alan L. Kovacs
2001 Beacon Street, Suite 106
Boston, MA 02135

William B. Federman
Federman & Sherwood
120 N. Robinson Ave., Suite 2720
Oklahoma City, OK 73102

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Ave., Suite 202
Bala Cynwyd, PA 19004

Brian M. Felgoise
Law Offices of Brian M. Felgoise
261 Old York Road, Suite 423
Jenkintown, PA 19046

SONUS NETWORKS, INC.,

By its attorneys,

*/s/ James W. Prendergast (JBR)*
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Joanne L. Monteavaro (JM-4053)
Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
*Attorneys for Defendants Edward T.
Anderson, Paul J. Ferri and Paul J. Severino
And nominal defendant Sonus Networks, Inc.*


HASSAN AHMED, PH.D.

By his attorneys,

*/s/ Robert S. Frank (JBR)*
Robert S. Frank, Jr. (BBO # 177240)
John R. Baraniak, Jr. (BBO # 552259)
Choate Hall & Stewart
Exchange Place Building
53 State Street
Boston, Massachusetts 02109
Tel:  (617) 248-5000
Fax:  (617) 248-4000
*Attorneys for Defendant Hassan Ahmed*

STEPHEN J. NILL

By his attorneys,

*[signature]*
Thomas J. Dougherty (BBO #132300)
Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meager & Flom LLP
One Beacon Street
Boston, Massachusetts 02108
Tel: (617) 573-4800
Fax: (617) 573-4822
*Attorneys for Defendant Stephen Nill*

Dated: April 12, 2004

## CERTIFICATE OF SERVICE

      I, Daniel Gold, hereby certify that I have this 12th day of April, 2004 caused to be served upon Plaintiffs' Counsel the Joint Notice And Stipulation Of No Opposition To Motion For Stay Of Proceedings by causing a copy to be delivered by hand to Alan L. Kovacs, Esq., 2001 Beacon Street, Suite 106, Boston, Massachusetts 02135.

_____
Daniel Gold