# FEDERMAN & SHERWOOD

(An association of attorneys and professional corporations)

2926 Maple Avenue
Suite 200
dallas, texas 75201
214-696-1100
Facsimile: 214-740-0112

120 N. Robinson Avenue
Suite 2720
Oklahoma City, Oklahoma 73102
405-235-1560
Facsimile: 405-239-2112

REPLY TO:  OKLAHOMA CITY, OK

## **FIRM RESUME**

**WILLIAM B. FEDERMAN.**  Born New York, New York, January 31, 1958; admitted to bar, 1982, Oklahoma and U.S. District Court, Western District of Oklahoma; 1983, U.S. District Court, Northern District of Oklahoma and U.S. Court of Appeals, Tenth Circuit; District of Columbia, 1985; New York, 1988; Texas, 1995; U.S. District Court, Southern District of New York, U. S. District Court, Eastern District of New York, 2003; U.S. District Court, Eastern District of Oklahoma, 1995; U.S. District Court, Northern District of Texas and U.S. District Court, Southern District of Texas, 1995; U.S. District Court, Eastern District of Texas, 2002; Federal Circuit Court of Appeals, 1999; U.S. District Court of Colorado, 2002; U. S. Court of Appeals, Second Circuit, U.S. Court of Appeals, Fourth Circuit, 2003; U.S. Court of Appeals, Fifth Circuit, 2004.  *Education*:  Boston University (B.A., cum laude, 1979); University of Tulsa (J.D., 1982).  Phi Alpha Delta (Treasurer, 1980-1982).  *Legal Publications*:  Author/Lecturer: "Litigation and Employment Law Update," Seminar presented by the Securities Industry Association, Compliance and Legal Division; "Derivative Actions and Protecting the Corporation; Critical Issues in Today's Banking," Seminar presented by the Oklahoma Bar Association and the Oklahoma Bankers Association; "Arbitration - What Is It? Why Should a Lawyer Suggest or Use It?," Seminar presented by the Oklahoma Bar Association; "The Attorney and Accountant as Targets in Failed Financial Institution Litigation," American Bar Association - Trial Practice Committee Mid-Year Meeting; "Effective Arbitration in the 1990's, Adapting to Build a Successful Practice," Seminar presented by the Oklahoma County Bar Association; "Current Issues in Direct Investments and Limited Partnerships: The Litigation Scene From ALL Perspectives," American Bar Association, Litigation Section Annual Meeting; "Stockbroker Litigation and Arbitration," Securities Arbitration Institute.  Author: "Who's Minding the Store: The Corporate Attorney-Client Privilege," 52 O.B.J. 1244, 1981; "Potential Liability From Indirect Remuneration in Private Oil and Gas Offerings," 11 Sec. Reg. L.J. 135, 1983; "Capitalism and Reality Meet in the Courts. . .Finally," 59 O.B.J. 3537, 1987.  *Member*: Arbitration Panel, New York Stock Exchange, 1985; Oklahoma County Bar Association (Member, Committee on Professionalism, 1987-1990); Oklahoma, Texas, New York and American Bar Association (Committee on Securities Litigation and Corporate Counsel); The District of Columbia Bar; Securities Industry Association, Law and Compliance Division; Defense Research Institute; American Inns of Court (Barrister and Master, 1990-1993, 2002-); inducted into the Outstanding Layers of America, 2003.

FEDERMAN & SHERWOOD

Page 2

**JOHN CHARLES SHERWOOD.**  Born December 18, 1958, Dallas, Texas.  *Education*: undergraduate Texas Christian University, BBA (Accounting) Magna Cum Laude 1981; Baylor School of Law, 1984.  *Areas of Practice*: Litigation.  Board Certified: Civil Trial Law, Personal Injury Trial Law, Texas Board of Legal Specialization.  Organizations: Texas Trial Lawyers, Association of Trial Lawyers of America, Dallas Trial Lawyers Association, Dallas Bar Association, Former Chairperson of the Solo and Small Firm Section of the Dallas Bar Association (1999), Member of the College of the State Bar of Texas, and founding President of Citizens For a Fair Judiciary (Political Action Committee).  *Licenses and Courts of Practices*: Member of the State Bar of Texas, National Board of Trial Advocacy, Licensed as a Certified Public Accountant by the Texas State Board of Public Accountancy, admitted to practice before the United States Tax Court, United States District Court, Northern District of Texas, United States Fifth Circuit Court of Appeals, and the United States Supreme Court.  *Papers Presented*: *Other People's Money,* Presented to the Dallas Bar Association, Solo and Small Firm Section, 1996 and 1998.

**STUART W. EMMONS.**   Born Stillwater, Oklahoma, August 9, 1961.  *Education*: University of Oklahoma, J.D., with distinction, 1987; University of Oklahoma, B.B.A. (Accounting), with distinction, 1984.  Admitted to Practice: 1987, Oklahoma and U.S. District Court, Western District of Oklahoma; 1990, U.S. District Court, Northern District of Oklahoma; 1992, U.S. Court of Appeals, Tenth Circuit; 1994, U.S. Court of Appeals, Eighth Circuit; U.S. Patent and Trademark Office; 2002, U.S. District Court, District of Colorado, 2002; U.S. District Court, Southern District of Texas; 2003, U.S. Second Circuit Court of Appeals, U.S. Court of Appeals, Fourth Circuit.  *Member*: Oklahoma County and Oklahoma Bar Associations.  Law Clerk to the Hon. Layn R. Phillips, U.S. District Court, Western District of Oklahoma, 1988-1989.

**SUSAN B. PINKERTON.**  *Education*: University of Texas – S.A. (B.A. 1993); University of Texas (J.D., 1997).  Admitted to practice: 1997, Oklahoma, U.S. District Court for the Western District of Oklahoma, U.S. District Court for the Eastern District of Oklahoma, and U.S. District Court, Northern District of Oklahoma; 2002, U.S. District Court, Southern District of Texas.  Member: American Bar Association; Oklahoma County Bar Association; Robert J. Turner American Inn of Court, Oklahoma Trial Lawyers Association and American Trial Lawyers Association.  Editor, American Indian Law Review (1996-1997).

**JENNIFER F. SHERRILL** *Education*: Hendrix College (B.A. 1996); University of Arkansas, Masters of Science, Plant Pathology (1998); University of Tulsa, College of Law (2002) (Highest Honors, Order of the Curule Chair and Outstanding Law Student Award). Admitted to practice: 2003, Oklahoma and U.S. District Court for the Northern District of Oklahoma U. S. District Court for the Western District of Oklahoma; 2003, U.S. District Court for the Northern, Eastern and Southern Districts of Texas.  Member: Oklahoma Bar Association.  *Publications*: An Inter- and Intra-species variation in *Colletotrichum* and mechanisms which affect population structure, In *Collectotrichum: Host Specificity, Pathology, and Host-Pathogen Interaction*.

FEDERMAN & SHERWOOD

Page 3

**OF COUNSEL:**

**A. DANIEL WOSKA.** Born Dallas, Texas, November 1, 1952; admitted to bar, 1978, Oklahoma, U.S. District Court, Northern, Eastern and Western Districts of Oklahoma, U.S. District Court, Northern and Western Districts of Texas, U.S. Court of Appeals, Tenth and Fifth Circuits, U.S. Tax Court and U.S. Supreme Court. Education: University of Oklahoma (B.A., 1974); Oklahoma City University (J.D., 1977). Phi Alpha Delta. Recipient, Outstanding Committee Chairman, Young Lawyers Division, Oklahoma Bar Association, 1986. Lecturer: "Dysfunction in the Workplace," 1990; "Juggling the Roles in Your Life," Oklahoma County Bar Association, 1990; Operation Handshake, Oklahoma City University; Oklahoma Bar Association: "Arbitration Between Individuals in Different States," 1990; "The Evolution of Arbitration: 1953 to Present"; "Is Arbitration in Oklahoma Between Oklahoma Residents Constitutionally Unenforceable?"; "Confirming and Vacating the Arbitration Award.". Member: Oklahoma County (Member: Young Lawyer's Division; Bar Counsel, 1987-1990; Alternative Dispute Resolution Committee, 1990-; Director, 1990-1993), Oklahoma Young Lawyers Division, 1982-1987; Member: Public and Media Relations Committee, 1984; Bicentennial Constitutional Committee, 1987; Alternate Dispute Resolution Committee, 1992- ; Legal Ethics Committee, 1993-1998) and American (Member, Sections on: Litigation, 1983- ; General Practice, 1985- ; Chairman, Alternate Dispute Resolution Committee, 1996) Bar Associations; Oklahoma Trial Lawyers Association; The Association of Trial Lawyers of America; The Christian Legal Society; The Rutherford Institute and PIABA.

**RODNEY J. HEGGY**  Born in St. Louis, Illinois on August 26, 1955. _Education_: Southeastern Oklahoma State University, 1977; Master of Science, University of Louisiana, 1978; J.D., University of Houston, 1981.  Professional Affiliations: Arbitrator/Neutral:  American Arbitration Association, New York Stock Exchange, Inc., and NASD Dispute Resolution, Inc. _Affiliations_:  State Bar of Texas, 1981, Oklahoma Bar Association, 1982. Courts: United States District Courts for the Western, 1982, Eastern, 1996, and Northern Districts of Oklahoma, 1987, Northern and Southern Districts of Texas, 2002, United States Courts of Appeals for the Eighth, 1994, and Tenth, 1984, Circuits.  Memberships:  International Association of Defense Counsel, Defense Research Institute, Oklahoma Association of Defense Counsel.  Public Office: Banner Public Schools, Board of Education, I-31, 2000 - , President, 2002 – . **_LEGAL PUBLICATIONS_:** "_The Trial Lawyers Purgatory; the Document Depository in Complex Litigation_" (BRS, 1990); "_Oklahoma Toxic Torts Law: Elements, Standards for Evaluating Proof, and Suggestions for Practitioners_" (NBI, 1992); "_Environmental Law for Business and Lenders: Litigation Prevention and Avoidance, Insurance Coverage and Standards for Evaluation of Proof_" (Oklahoma City University, 1992); "_Using, Drafting and Enforcing Arbitration Clauses_" (Oklahoma Bar Association, 1992); _Ethical Considerations in Insurance Coverage Claims, Insurance Coverage Law in Oklahoma_ (NBI 1997); _Extra-Contractual Insurance Claims Liability- Bad Faith - Part II, Insurance Coverage Law in Oklahoma_  (NBI 1997); _Employee Misconduct and Workplace Torts (SES 2003); Mandatory Arbitration of Employment Law Claims (SES 2003)._

**FEDERMAN & SHERWOOD**

Page 4

**JOHN E. BARBUSH.** Born Oklahoma City, Oklahoma, September 12, 1974; admitted to bar, 1999, Oklahoma, U.S. District Court, Western and Northern Districts of Oklahoma. _Education_: Ambassador University (B.S., 1996); Oklahoma City University School of Law (J.D., 1999). Corpus Juris Secundum Torts; CALI Award Torts and Workers Compensation. Member: American Bar Association, Oklahoma Bar Association, Robert J. Turner American Inn of Court.

**PARALEGALS:**

**NANCY G. BEATTY.** Ms. Beatty has over fourteen (14) years legal experience. She primarily works on coordinating and administrating class action product liability and other complex litigation. Ms. Beatty has served on several professional advisory boards in Oklahoma and Tennessee.

**SALOME L. HELDERMAN.** Ms. Helderman has worked in the legal profession for over twelve (12) years including working for the Oklahoma County Court Clerk and in the Corporate Finance Department of BancFirst. Ms. Helderman provides technical expertise in graphic presentation software and document depository technology.

**TERRY A. HULL.** Mr. Hull provides in-depth expertise in online research and data development. Mr. Hull had been the Managing Editor of a daily newspaper with circulation of over 26,000. He holds both a Bachelor of Arts and Master of Arts.