# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

DANIEL WILLIAMS

V.

HASSAN M. AHMED, STEPHEN J. NILL, EDWARD T. ANDERSON, PAUL J. FERRI, AND PAUL J. SEVERINO.
    Defendants

And

SONUS NETWORKS, INC.,
    Nominal Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04cv10359DPW

TO: (Name and address of Defendant)

Paul J. Severino
C/o Sonus Networks, Inc.
5 Carlisle Rd.
Westford, MA 01886

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan L. Kovacs
Law Office of Alan L. Kovacs
2001 Beacon St., Suite 106
Boston, MA 02135
(617) 964-1177

an answer to the complaint which is served on you with this summons, within __-20-__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

**CLERK**

(By) DEPUTY CLERK

DATE 2/23/04

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | **DATE** February 27, 2004 |
| **NAME OF SERVER** RAVI PAHUJA | **TITLE** Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other:  By handing true and attested copies thereof to   **Ms. Patricia Payne, Receptionist and**
         Duly Authorized Agent for the within-named   **Defendant, Paul J. Severino.**
         Said service was made at:
                  **250 Apollo Drive, Chelmsford**_____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $ 5.00 | $ 5.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   February 27, 2004          *Ravi Pahuja*
              Date                        Signature of Server

              One Devonshire Place, Boston, Massachusetts
              Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE  **2**  ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 2/27/04 | | NO SERVICE AT 5 CARLISLE RD., WESTFORD, MA. - PROCESS SERVER LEARNED SONUS NETWORKS, INC. MOVED TO 250 APOLLO DR., CHELMSFORD, MA............ | $_____.00 |
| | | | $_____.00 |
| 2/27/04 | | SERVICE WAS MADE AT 250 APOLLO DR., CHELMSFORD, MA... | $  5.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | TOTAL | $  5.00 |

**DUE & DILIGENT SEARCH:**   $ _____.00   No service was made because when constable arrived at said address he discovered said address to be

_____

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| **Suvalle, Jodrey & Associates** | **One Devonshire Place** | Telephone # (617) 720-5733 |
| **Massachusetts Constables since 1925** | **Boston, MA  02109** | Fax #          (617) 720-5737 |