UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-CV-10359 DPW |
| ) | |
| HASSAN M. AHMED, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| SONUS NETWORKS, INC., ) | |
| ) | |
| Nominal Defendant. ) | |
| MICHELLE BURK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-CV-10384 DPW |
| ) | |
| HASSAN M. AHMED, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| SONUS NETWORKS, INC., ) | |
| ) | |
| Nominal Defendant. ) | |
| MICHAEL PISNOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-CV-10576 DPW |
| ) | |
| HASSAN M. AHMED, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| SONUS NETWORKS, INC., ) | |
| ) | |
| Nominal Defendant. ) | |

**PLAINTIFF DANIEL WILLIAMS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS PISNOY'S AND BURK'S OPPOSITION TO WILLIAMS' MOTION TO CONSOLIDATE CASES AND APPOINT CO-LEAD AND LIAISON COUNSEL**

Daniel Williams ("Williams"), plaintiff in the derivative action styled *Williams v. Ahmed, et al.*, Case No. 04-CV-10359 (the "*Williams* action" or "*Williams* derivative action") hereby moves, pursuant to Local Rule 7.1(B)(3) for leave to file his Reply to (1) Plaintiff Michael Pisnoy's Opposition to Plaintiff Williams' Motion for Appointment of Lead Counsel for Shareholder Derivative Action; and (2) Plaintiff Michelle Burk's Motion to Consolidate Derivative Cases and Appoint Co-Lead Counsel. Plaintiffs Pisnoy and Burk's Oppositions raise new issues to which Plaintiff Williams should have the opportunity to respond. Accordingly, Swanson seeks to file the attached Reply.

Counsel for Burk does not object to the allowance of this Motion. Counsel for Plaintiff Pisnoy takes no position on whether this Motion should be allowed or denied.

| | |
|---|---|
| Date: May 24, 2004 | Daniel Williams,<br>By his Attorneys,<br><br>/s/ Alan L. Kovacs<br>_____<br>Alan L. Kovacs (BBO No. 278240)<br>**LAW OFFICE OF ALAN L. KOVACS**<br>2001 Beacon Street, Suite 106<br>Boston, MA 02135<br>Phone: (617) 964-1177<br>Fax: (617) 332-1223<br>**Proposed Derivative Liaison Counsel**<br><br>-and-<br><br>William B. Federman<br>FEDERMAN & SHERWOOD<br>120 N. Robinson Avenue, Suite 2720<br>Oklahoma City, OK 73102<br>Tel: (405) 235-1560<br>Fax: (405) 239-2112<br>**Proposed Derivative Lead Counsel** |

-and-

Marc S. Henzel
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004
Phone:  (610) 660-8000
Fax:  (610) 660-8080

-and-

Brian M. Felgoise
LAW OFFICES OF BRIAN M. FELGOISE
261 Old York Road, Ste.  423
Jenkintown, PA  19046
Tel: (215) 886-1900
Fax: (215) 886-1909

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that either I or my co-counsel have conferred with counsel for Plaintiffs Burk and Pisnoy and that we were unable to narrow or resolve the issues presented by the foregoing Motion for Leave to File Reply Brief.

/s/ Alan L. Kovacs, Esq.
_____
Alan L. Kovacs, Esq

CERTIFICATE OF SERVICE

      This certifies that on May 24, 2004 true and correct copies of the above and foregoing were delivered electronically and via first class mail, postage prepaid, to the following:

**Choate, Hall & Stewart**
John R. Baraniak, Jr.
Robert S. Frank, Jr.
Exchange Place
53 State Street
33rd Floor
Boston, MA 02109-2804
617-248-4000 (fax)
jb@choate.com
rfrank@choate.com

**Skadden, Arps, Slate, Meagher & Flom LLP**
Thomas J. Dougherty
Matthew J. Matule
One Beacon Street
Boston, MA 02108
617-573-4822 (fax)
dougherty@skadden.com
mmatule@skadden.com

**Hale & Dorr, LLP**
Daniel W. Halston
Gregory F Noonan
James W. Prendergast
Jeffrey B. Rudman
60 State Street
Boston, MA 02109
617-526-5000 (fax)
daniel.halston@haledorr.com
gregory.noonan@haledorr.com
james.prendergast@haledorr.com
jeffrey.rudman@haledorr.com

**Dangel & Mattachen, LLP**
Michael K. Mattachen
10 Derne Street
Boston, MA 02114-4203

**Gilman and Pastor, LLP**
Peter A. Lagorio
Stonehill Corporate Center
999 Broadway
Saugus, MA 01906

**Law Office of Bruce G. Murphy**
Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963

**Reich & Binstock, LLP**
Paul T. Warner
4265 San Felipe, Suite 1000
Houston, TX 77027

**Schubert & Reed LLP**
Robert C. Schubert
Juden Justice Reed
Willem F. Jonckheer
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111

**Wolf Haldenstein Adler Freeman & Herz LLP**
Gregory M. Nespole
270 Madison Avenue, 9 Floor
New York, NY 10016

**Edwards & Angell, LLP**
John D. Hughes
101 Federal Street
Boston, MA  02110

/s/ Alan L. Kovacs, Esq.
_____
Alan L. Kovacs (BBO #278240)