## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL WILLIAMS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 04-10359-DPW |
| ) | |
| HASSAN M. AHMED, STEPHEN J. NILL, ) | |
| EDWARD T. ANDERSON, PAUL J. FERRI, and ) | |
| PAUL J. SEVERINO ) | |
| ) | |
| Defendants, ) | |
| -and- ) | |
| ) | |
| SONUS NETWORKS, INC., ) | |
| ) | |
| Nominal Defendant. ) | |

### NOTICE OF CHANGE OF FIRM NAME

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. All future reference to Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP. The firm and its lawyers' address, telephone numbers and fax numbers remain the same. The format of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

- 2 -

Respectfully Submitted,

WILMER CUTLER PICKERING HALE and DORR LLP

/s/ Gregory F. Noonan_____
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Nominal Defendant Sonus Networks, Inc. and Defendants Edward T. Anderson, Paul J. Ferri and Paul J. Severino*

Dated: June 1, 2004

- 3 -

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Alan L. Kovacs<br>Law Office of Alan L. Kovacs<br>2001 Beacon Street, Suite 106<br>Boston, MA 02135 | William B. Federman<br>Federman & Sherwood<br>120 N. Robinson Avenue, Suite 2720<br>Oklahoma City, OK 73102 |
| Marc S. Henzel<br>Law Offices of Marc S. Henzel<br>273 Montgomery Avenue, Suite 202<br>Bala Cynwyd, PA 19004 | Brian M. Felgoise<br>Law Offices of Brian M. Felgoise<br>361 Old York Road, Ste. 423<br>Jenkintown, PA 19046 |
| Thomas J. Dougherty (BBO #132300)<br>Matthew J. Matule (BBO #632075)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>Tel: (617) 573-4800<br>Fax: (617) 573-4822 | Robert S. Frank, Jr. (BBO #177240)<br>John R. Baraniak, Jr. (BBO #552259)<br>Choate Hall & Stewart<br>Exchange Place Building<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 248-5000<br>Fax: (617) 248-4000 |

      /s/ Gregory F. Noonan_____
      Gregory F. Noonan

Dated: June 1, 2004