UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>HASSAN M. AHMED, et al.,<br><br>    Defendants,<br><br>v.<br><br>SONUS NETWORKS, INC.,<br><br>    Nominal Defendant. | Case No. 04 cv 10359 |

### DECLARATION OF DANIEL WILLIAMS

I, Daniel Williams, of sound mind, do hereby state the following:

1. My name is Daniel Williams. I am over the age of 21 and have personal knowledge of the facts stated below. I am the proposed Lead Plaintiff in the referenced derivative action.

2. I purchased 500 shares of common stock of Sonus Networks, Inc. ("Sonus") on February 10, 2004 at $7.45 per share, plus commission. I currently own all 500 shares and pledge to continue owning same while this derivative action is pending.

3. I have been in contact with my proposed Lead Counsel, William B. Federman of Federman & Sherwood, and want Mr. Federman and his law firm to serve as Lead Counsel in this litigation. Mr. Federman and I have exchanged information concerning Sonus and the status of this case on several occasions and I feel confident in his ability and willingness to pursue this litigation.

4. I have over twenty (20) years of investment experience in various types of securities and understand my responsibilities as Lead Plaintiff, including the responsibility to participate throughout this litigation and to remain advised of the progress in this case and to monitor the



Declaration.Williams.doc

actions of my selected counsel, Federman & Sherwood. I am willing to accept and fulfill these responsibilities and, if appointed as Lead Plaintiff, will vigorously pursue this action on behalf of Sonus.

5. I am 52 years old and hold a Bachelor of Science degree in Business Management from Bethel University; I am employed as the Postmaster of Union City, Tennessee; and I am currently attending law school on a part-time track.

6. I believe the best interests of Sonus will be served by having one law firm appointed as Lead Counsel for the derivative case. I am concerned, on behalf of Sonus, about the additional costs involved if too many law firms are involved or if law firms are sharing responsibilities.

7. I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 08, 2004

Daniel Williams