# FEDERMAN & SHERWOOD

(AN ASSOCIATION OF ATTORNEYS AND PROFESSIONAL CORPORATIONS)

| | |
|---|---|
| 2926 MAPLE AVENUE<br>SUITE 200<br>DALLAS, TEXAS 75201<br>214-696-1100<br>FACSIMILE: 214-740-0112 | 120 N. ROBINSON AVENUE<br>SUITE 2720<br>OKLAHOMA CITY, OKLAHOMA 73102<br>405-235-1560<br>FACSIMILE: 405-239-2112 |

REPLY TO:   OKLAHOMA CITY, OK

July 1, 2004

**VIA FACSIMILE**
John D. Hughes
**Edwards & Angell, LLP**
101 Federal Street
Boston, MA 02110

**Attorneys for Paul R. Jones,
Edward N. Harris, J. Michael O'Hara,
Rubin Gruber**

**VIA FACSIMILE**
John R. Baraniak, Jr.
Robert S. Frank, Jr.
**Choate Hall & Stewart**
Exchange Place
53 State Street
Boston, MA 02109

**Attorneys for Hassan Ahmed**

**VIA FACSIMILE**
Mathew J. Matule
Thomas J. Dougherty
**Skadden Arps Slate Meagher & Flom LLP**
One Beacon Street
Boston, MA 02108

**Attorneys for Stephen Nill**

**VIA FACSIMILE**
Daniel W. Halston
James W. Prendergast
Jeffrey B. Rudman
**Wilmer Cutler Pickering
Hale and Dorr LLP**
60 State Street
Boston, MA 02109

**Attorneys for Sonus Networks, Inc.**

*Re:*   DANIEL WILLIAMS,
Case No. 04 cv 10359

Dear Counsel:

This letter serves to put each of your clients, including Sonus Networks, Inc. ("Sonus Networks"), on notice that Plaintiff in the referenced case is specifically requesting that you, and he, take all steps necessary to safeguard and preserve their documents including all stored electronic documents and data. We request that each of your clients create archival backup tapes of all electronic evidence (including e-mails) which is the subject of Plaintiff's allegations in this litigation. Additionally, Plaintiff requests that each of your clients take all steps necessary to preserve electronic

**EXHIBIT 2**

Sonus Ltr.
July 1, 2004
Pg. 2

records from being overwritten and/or destroyed. This request includes preserving records, e-mails, computer hard drives and any other type of document or stored data that may have been "deleted." We request that each of your clients immediately "freeze" any and all possibly relevant electronic computer data.

Sincerely,

William B. Federman
FOR THE FIRM

WBF/sh
cc:    All Other Counsel of Record

I:\Sonus\LtrRule26Disc2.doc