UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL WILLIAMS,<br><br>     Plaintiff,<br><br>v.<br><br>HASSAN M. AHMED, et al.,<br><br>     Defendants,<br><br>and<br><br>SONUS NETWORKS, INC.,<br><br>     Nominal Defendant | Case No. 1-04-CV-10359 DPW<br><br>**CONSOLIDATED SHAREHOLDER DERIVATIVE CASES** |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, Esq. hereby moves that this Court enter an Order granting leave to Willem F. Jonckheer, Esq. to appear on behalf of the plaintiffs and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1.  Willem F. Jonckheer, of Schubert & Reed LLP, Two Embarcadero Center, Suite 1660, San Francisco, CA, 94111 Tel. (415) 788-4220, is and has been a member in good standing of the bar of the State of California since 1995.

2.  There are no disciplinary proceedings pending against Willem F. Jonckheer as a member of the bar in any jurisdiction.

{00003107.DOC ; 1}

3.  Willem F. Jonckheer has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  In further support of this motion, Willem F. Jonckheer has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Willem F. Jonckheer be admitted to practice before this Court *pro hac vice.*

Dated: August 9, 2004

                                                          By: /s/ David Pastor
                                                            David Pastor (BBO #391000)
                                                            John Martland (BBO #322980)
                                                            GILMAN AND PASTOR, LLP
                                                            Stonehill Corporate Center
                                                            999 Broadway, Suite 500
                                                            Saugus, MA 01906
                                                            Telephone: 781-231-7850
                                                            Facsimile:   781-231-7840

                                                           **Attorneys for Plaintiffs**