# CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Willem F. Jonckheer, hereby certify that:

1. I was admitted to the bar of the *State of California in 1995*.

2. I am a member in good standing of every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

Willem F. Jonckheer
Schubert & Reed LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111
Tel. (415) 788-4220
Fax (415) 788-0161
Email: wjonckheer@schubert-reed.com

Dated: August 8, 2004

_____
Willem F. Jonckheer