UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL WILLIAMS,<br>   Plaintiff<br><br> vs.<br><br>HASSAN M. AHMED, STEPHEN J. NILL,<br>EDWARD T. ANDERSON, PAUL J. FERRI, and<br>PAUL J. SEVERINO<br>   Defendants,<br> -and-<br><br>SONUS NETWORKS, INC.,<br>   Nominal Defendant. | Case No. 04-10359-DPW<br><br>Consolidated Shareholder<br>Derivative Cases |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants Edward T. Anderson, Paul J. Ferri, Paul J. Severino and Nominal Defendant Sonus Networks, Inc.

        Respectfully Submitted,

        EDWARD T. ANDERSON, PAUL J. FERRI,
        PAUL J. SEVERINO and SONUS NETWORKS, INC.

        By their attorneys,

        /s/ Daniel H. Gold_____
        Jeffrey B. Rudman (BBO #433380)
        James W. Prendergast (BBO #553073)
        Daniel W. Halston (BBO #548692)
        Gregory F. Noonan (BBO #651035)
        Daniel H. Gold (BBO #654909)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000

Dated: August 11, 2004

- 2 -

CERTIFICATE OF SERVICE

   I, Daniel H. Gold, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Juden Justice Reed<br>Schubert & Reed LLP<br>Two Embarcadero Center<br>Suite 1050<br>San Francisco, CA 94111 | John R. Baraniak, Jr.<br>Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>33rd Floor<br>Boston, MA 02109-2804 |
| Matthew J. Matule<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108 | John D. Hughes<br>Edwards & Angell, LLP<br>101 Federal Street<br>Boston, MA 02110 |

                                                    /s/ Daniel H. Gold_____<br>
                                                    Daniel H. Gold

Dated: August 11, 2004

BOSTON 1960854v1