UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC.<br>SHAREHOLDER DERIVATIVE LITIGATION | Case No. 1-04-CV-10359 DPW |
| Consolidated Cases:<br>1-04-CV-10359 DPW; 1-04-CV-10384 DPW; 1-04-CV-10576 DPW | JOINT MOTION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT |

The parties hereby move jointly to set a briefing schedule for the defendants' response to the Consolidated Shareholder Derivative Complaint (the "Consolidated Complaint"), filed on October 12, 2004. As grounds for this joint motion, the parties state as follows:

1.  The defendants are currently scheduled to respond to the Consolidated Complaint by November 26, 2004;

2.  No dates have previously been scheduled for submission of opposition or reply briefs;

3.  No party has previously requested an extension of any deadlines in this action; and

4.  Counsel for the parties have conferred in good faith regarding scheduling matters, taking into account the Thanksgiving and year-end holidays, with an eye towards prompt resolution of any issues that may be raised in response to the Consolidated Complaint,

WHEREFORE, in order to accommodate the schedules of counsel, the parties hereby respectfully request that the Court establish the following briefing schedule in connection with defendants' response to the Consolidated Complaint:

1. Defendants' response shall be filed on December 3, 2004.

2. Plaintiffs' opposition brief shall be filed on January 21, 2005.

3. Defendants' reply brief shall be filed on February 11, 2005.

Respectfully submitted,

_____/s/_____
Willem F. Jonckheer
Schubert & Reed LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111
Tel: (415) 788-4220
Fax: (415) 788-0161
*Lead Counsel for Plaintiffs*

_____/s/_____
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Joanne L. Monteavaro (JM-4053)
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
*Attorneys for Defendants Edward T. Anderson, Paul J. Ferri, Paul J. Severino, Albert A. Notini and Nominal Defendant Sonus Networks, Inc.*

                /s/
Robert S. Frank, Jr. (BBO #177240)
John R. Baraniak, Jr. (BBO #552259)
Choate Hall & Stewart
Exchange Place Building
53 State Street
Boston, Massachusetts 02109
Tel: (617) 248-5000
Fax: (617) 248-4000
*Attorneys for Defendant Hassan M. Ahmed*


                /s/
Thomas J. Dougherty (BBO #132300)
Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108
Tel: (617) 573-4800
Fax: (617) 573-4822
*Attorneys for Defendant Stephen J. Nill*


                /s/
John D. Hughes (BBO #243660)
Edwards & Angell LLP
101 Federal Street
Boston, Massachusetts 02110
Tel: (617) 439-4444
Fax: (617) 439-4170
*Attorneys for Defendants Paul R. Jones, Edward N. Harris, J. Michael O'Hara and Rubin Gruber*

Dated: November 17, 2004