UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                                    )
IN RE SONUS NETWORKS, INC.                             )
SHAREHOLDER DERIVATIVE LITIGATION      )    Case No. 04-10359-DPW
                                                                                    )
_____)

**DEFENDANTS' MOTION TO DISMISS
CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT**

The defendants, Edward T. Anderson, Paul J. Ferri, Albert A. Notini, Paul J. Severino, Hassan Ahmed, Rubin Gruber, Paul R. Jones, Edward N. Harris, J. Michael O'Hara and Stephen J. Nill and nominal defendant Sonus Networks, Inc. (the "Defendants"), hereby move to dismiss the Consolidated Shareholder Derivative Complaint on the following grounds.  First, the Plaintiffs are estopped from relitigating the issue of whether the Sonus Board of Directors was capable of considering demand, because Judge van Gestel of the Massachusetts Superior Court has already held that demand is not excused in these cases.  Second, even if Plaintiffs' allegations of demand futility are considered, they fail to allege particularized facts sufficient to show why Plaintiffs' failure to make demand should be excused.  In support of this motion, the Defendants have filed the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Consolidated Shareholder Derivative Complaint and Transmittal Affidavit of Daniel H. Gold.

For the reasons set forth more fully in the accompanying Memorandum of Law, the Defendants request that the Court dismiss the Consolidated Shareholder Derivative Complaint with prejudice and grant such further relief that the Court deems fair and just.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants request a hearing on their Motion to Dismiss.

Respectfully submitted,

/s/  Daniel H. Gold
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Daniel H. Gold (BBO # 654909)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel:   (617) 526-6000
Fax:  (617) 526-5000
*Attorneys for Defendants Edward T.*
*Anderson, Paul J. Ferri, Albert A. Notini, Paul J.*
*Severino and Nominal Defendant*
*Sonus Networks, Inc.*


/s/  John R. Baraniak, Jr.
Robert S. Frank, Jr. (BBO #177240)
John R. Baraniak, Jr. (BBO #552259)
Choate Hall & Stewart
Exchange Place Building
53 State Street
Boston, Massachusetts 02109
Tel:  (617) 248-5000
Fax:  (617) 248-4000
*Attorneys for Defendant Hassan M. Ahmed*

/s/ Matthew J. Matule
Thomas J. Dougherty (BBO #132300)
Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108
Tel:  (617) 573-4800
Fax: (617) 573-4822
*Attorneys for Defendant Stephen J. Nill*

/s/ John D. Hughes
John D. Hughes (BBO #243660)
Edwards & Angell LLP
101 Federal Street
Boston, Massachusetts 02110
Tel:  (617) 439-4444
Fax:  (617) 439-4170
*Attorneys for Defendants Paul R. Jones, Edward N. Harris, J. Michael O'Hara and Rubin Gruber*

Dated: December 3, 2004

-4-

## CERTIFICATE OF CONFERENCE

      I hereby certify that counsel for the parties conferred in an attempt to narrow or resolve the issues presented in this motion, but no agreement could be reached.

                                                      /s/  Daniel H. Gold