UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. )<br>SHAREHOLDER DERIVATIVE LITIGATION )<br>) | Case No. 04-10359-DPW |

**TRANSMITTAL AFFIDAVIT OF DANIEL H. GOLD
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
SHAREHOLDER DERIVATIVE COMPLAINT**

I, Daniel H. Gold, depose and state the following:

1. I am an associate with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts. I am a member in good standing of the Bar of the Commonwealth of Massachusetts. I am counsel for nominal defendant Sonus Networks, Inc. and defendants Edward T. Anderson, Paul J. Ferri, Albert A. Notini and Paul J. Severino in the above-captioned matter.

2. I submit this affidavit on behalf of all the defendants and in support of Defendants' Motion to Dismiss Consolidated Shareholder Derivative Complaint in the above-captioned matter.

3. I have attached true and accurate copies of the following documents hereto:

   a) Attached hereto as Exhibit A, Verified Shareholder Derivative Complaint, Palma v. Ahmed, et al., 04-0753-BLS (Mass. Super. Ct. Feb. 20, 2004);

   b) Attached hereto as Exhibit B, In re Sonus Networks, Inc. Deriv. Litig., Memorandum and Order on Motions to Dismiss (Mass. Super. Ct. Sept. 27, 2004);

   c) Attached hereto as Exhibit C, In re Sonus Networks, Inc. Deriv. Litig., Judgment on Motion to Dismiss (Mass. Super. Ct. Sept. 27, 2004);

d) Attached as Exhibit D, Form 4 filed with the SEC by Edward T. Anderson on July 22, 2003;

e) Attached as Exhibit E, Sonus Stock Prices, from July 18, 2003 to October 17, 2003, as reported by IDD Information Services, Tradeline in Lexis Nexis;

f) Attached as Exhibit F, Fourth Amended and Restated Certificate of Incorporation of Sonus Networks, Inc.

Subscribed and sworn to under the pains and penalties of perjury this 3rd day of December 2004.

_____
Daniel H. Gold, Esq.