# Exhibit C

19

N.B. FOR CLERK'S USE ONLY
JUDGMENT ENTERED ON DOCKET  9/27/04
PURSUANT TO MASS.R.CIV.P.58(a) AND NOTICE SENT
TO PARTIES PURSUANT TO MASS.R.CIV.P.77(d)
AS FOLLOWS:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                    SUPERIOR COURT DEPARTMENT
                                                OF THE TRIAL COURT
                                                CIVIL ACTION

                                                No.  04-0753 BLS
                                                (van Gestel, J )

IN RE SONUS NETWORKS, INC.,          PLAINTIFF(S)
DERIVATIVE LITIGATION

                    v.

                                     DEFEDNANT(S)

            JUDGMENT ON MOTION TO DISMISS
            (PURSUANT TO MASS.R.CIV.P.12(b)(6))

    THIS ACTION CAME ON TO BE HEARD ON THE MOTION OF DEFENDANT(S) _____
_____ TO DISMISS THE ACTION, AND THE

COURT, _____ van Gestel, _____ J., PRESIDING, HAVING ALLOWED THE

SAID MOTION, IT IS HEREBY ORDERED AND ADJUDGED THAT THE ACTION BE DISMISSED,
AND EACH PARTY TO BEAR HIS OR ITS OWN COSTS.
~~AND THAT DEFENDANT RECOVER COSTS.~~

notice sent to all parties

    DATED AT BOSTON, MASSACHUSETTS, THIS 27th DAY OF SEPTEMBER     2004

FORM OF JUDGMENT APPROVED:

                                        MICHAEL JOSEPH DONOVAN,
                                        CLERK/MAGISTRATE

                                        By: _____
                                                ASSISTANT CLERK

_____
JUSTICE OF THE SUPERIOR COURT DEPARTMENT

Form Civ.P.46 (2nd Rev.)  6-85   500