# Exhibit E

Copyright (c) 1991, IDD Information Services, Tradeline(r)

SONUS NETWORKS INC

Ticker: SONS        CUSIP: 83591610  Type: Common
Status: Active                    Available from: 05/25/00

Unadjusted Daily Prices 07/18/03 to 10/17/03 in US$

| Date | High/Ask | Low/Bid | Close/Bid | Volume |
|------|----------|---------|-----------|--------|
| 07/18/03 | 6.970 | 6.300 | 6.890 | 5810600 |
| 07/21/03 | 6.940 | 6.650 | 6.760 | 2720100 |
| 07/22/03 | 7.240 | 6.811 | 7.160 | 7186100 |
| 07/23/03 | 7.250 | 7.010 | 7.140 | 3447900 |
| 07/24/03 | 7.350 | 7.130 | 7.230 | 5273500 |
| 07/25/03 | 7.342 | 6.960 | 7.230 | 4560300 |
| 07/28/03 | 7.290 | 7.040 | 7.060 | 5042400 |
| 07/29/03 | 6.990 | 6.720 | 6.840 | 4922000 |
| 07/30/03 | 7.010 | 6.800 | 6.880 | 2693600 |
| 07/31/03 | 7.010 | 6.810 | 6.860 | 2582000 |
| 08/01/03 | 6.790 | 6.580 | 6.600 | 4642100 |
| 08/04/03 | 6.750 | 6.410 | 6.680 | 2561400 |
| 08/05/03 | 6.730 | 6.430 | 6.450 | 1967200 |
| 08/06/03 | 6.480 | 5.950 | 6.030 | 5696700 |
| 08/07/03 | 6.000 | 5.700 | 5.760 | 5759100 |
| 08/08/03 | 5.980 | 5.770 | 5.790 | 2369000 |
| 08/11/03 | 6.000 | 5.770 | 5.980 | 1542300 |
| 08/12/03 | 6.780 | 6.060 | 6.750 | 4278100 |
| 08/13/03 | 6.910 | 6.470 | 6.500 | 5302800 |
| 08/14/03 | 6.630 | 6.270 | 6.580 | 2776100 |
| 08/15/03 | 6.780 | 6.400 | 6.461 | 2151000 |
| 08/18/03 | 6.590 | 6.420 | 6.540 | 2357600 |
| 08/19/03 | 6.990 | 6.560 | 6.850 | 3818200 |
| 08/20/03 | 6.990 | 6.660 | 6.950 | 2579500 |
| 08/21/03 | 7.210 | 6.980 | 7.090 | 4468100 |
| 08/22/03 | 7.300 | 6.950 | 6.960 | 2908000 |
| 08/25/03 | 6.960 | 6.750 | 6.790 | 1940900 |
| 08/26/03 | 7.060 | 6.780 | 6.990 | 2383000 |
| 08/27/03 | 7.250 | 7.000 | 7.060 | 2550000 |
| 08/28/03 | 7.190 | 7.050 | 7.100 | 2411400 |
| 08/29/03 | 7.230 | 7.080 | 7.090 | 2076300 |
| 09/01/03 | HOLIDAY | | | |
| 09/02/03 | 7.220 | 7.050 | 7.190 | 2440600 |
| 09/03/03 | 8.080 | 7.230 | 8.050 | 10746000 |
| 09/04/03 | 8.740 | 8.090 | 8.330 | 8511500 |
| 09/05/03 | 8.200 | 7.700 | 8.050 | 6558000 |

 

Copyright (c) 1991, IDD Information Services, Tradeline(r)
SONUS NETWORKS INC

| Date | High/Ask | Low/Bid | Close/Bid | Volume |
|------|----------|---------|-----------|--------|
| 09/08/03 | 8.300 | 7.970 | 8.118 | 2483600 |
| 09/09/03 | 8.150 | 7.720 | 7.790 | 3278900 |
| 09/10/03 | 8.287 | 7.730 | 7.760 | 5430700 |
| 09/11/03 | 8.090 | 7.780 | 8.000 | 3041400 |
| 09/12/03 | 8.120 | 7.760 | 8.030 | 2408700 |
| 09/15/03 | 7.950 | 7.690 | 7.740 | 2964400 |
| 09/16/03 | 7.970 | 7.800 | 7.920 | 2704300 |
| 09/17/03 | 8.210 | 7.820 | 7.990 | 3032300 |
| 09/18/03 | 8.400 | 8.000 | 8.300 | 6076500 |
| 09/19/03 | 8.570 | 8.300 | 8.540 | 3877700 |
| 09/22/03 | 8.400 | 8.050 | 8.270 | 4426500 |
| 09/23/03 | 8.500 | 8.320 | 8.350 | 3068600 |
| 09/24/03 | 8.070 | 7.350 | 7.420 | 14104000 |
| 09/25/03 | 7.730 | 7.230 | 7.380 | 4801800 |
| 09/26/03 | 7.450 | 6.950 | 6.990 | 5242500 |
| 09/29/03 | 7.350 | 6.950 | 7.210 | 4032400 |
| 09/30/03 | 7.210 | 6.750 | 6.929 | 4743000 |
| 10/01/03 | 7.170 | 6.820 | 7.010 | 4685700 |
| 10/02/03 | 7.270 | 6.960 | 7.150 | 2976600 |
| 10/03/03 | 7.600 | 7.270 | 7.500 | 3767900 |
| 10/06/03 | 7.990 | 7.610 | 7.950 | 3651300 |
| 10/07/03 | 8.076 | 7.770 | 8.030 | 3978700 |
| 10/08/03 | 8.300 | 7.930 | 8.300 | 10160000 |
| 10/09/03 | 9.240 | 8.720 | 8.800 | 29574000 |
| 10/10/03 | 8.890 | 8.550 | 8.660 | 7790500 |
| 10/13/03 | 8.900 | 8.760 | 8.820 | 3959800 |
| 10/14/03 | 8.840 | 8.650 | 8.770 | 2942900 |
| 10/15/03 | 9.100 | 8.500 | 8.550 | 5323400 |
| 10/16/03 | 8.740 | 8.310 | 8.650 | 4402800 |
| 10/17/03 | 8.680 | 8.230 | 8.260 | 3190300 |

-END-

 

Copyright (c) 1991, IDD Information Services, Tradeline(r)

SONUS NETWORKS INC

Ticker: SONS        CUSIP: 83591610 Type: Common
Status: Active                      Available from: 05/25/00

Unadjusted Daily Prices 10/20/03 to 01/19/04 in US$

| Date | High/Ask | Low/Bid | Close/Bid | Volume |
|------|----------|---------|-----------|--------|
| 10/20/03 | 8.410 | 7.970 | 8.000 | 5113400 |
| 10/21/03 | 8.180 | 8.000 | 8.030 | 4226100 |
| 10/22/03 | 8.002 | 7.770 | 7.800 | 3466500 |
| 10/23/03 | 7.900 | 7.610 | 7.840 | 3556400 |
| 10/24/03 | 7.830 | 7.560 | 7.652 | 3787400 |
| 10/27/03 | 8.061 | 7.710 | 8.050 | 4048700 |
| 10/28/03 | 8.420 | 8.150 | 8.380 | 4150800 |
| 10/29/03 | 8.650 | 8.270 | 8.600 | 3823300 |
| 10/30/03 | 8.780 | 8.310 | 8.360 | 4333100 |
| 10/31/03 | 8.530 | 8.200 | 8.230 | 2391000 |
| 11/03/03 | 8.710 | 8.230 | 8.660 | 3760200 |
| 11/04/03 | 8.850 | 8.550 | 8.760 | 4187100 |
| 11/05/03 | 8.910 | 8.670 | 8.800 | 3317400 |
| 11/06/03 | 9.040 | 8.730 | 8.990 | 4815000 |
| 11/07/03 | 9.200 | 8.910 | 9.050 | 5444500 |
| 11/10/03 | 9.060 | 8.490 | 8.520 | 4073000 |
| 11/11/03 | 8.580 | 8.220 | 8.429 | 3811500 |
| 11/12/03 | 8.980 | 8.500 | 8.960 | 5297000 |
| 11/13/03 | 9.590 | 8.890 | 9.370 | 12277000 |
| 11/14/03 | 9.800 | 9.030 | 9.104 | 7401400 |
| 11/17/03 | 9.041 | 8.740 | 8.790 | 5543100 |
| 11/18/03 | 9.240 | 8.900 | 8.948 | 5480300 |
| 11/19/03 | 9.140 | 8.270 | 8.400 | 7764300 |
| 11/20/03 | 8.850 | 8.400 | 8.550 | 5504200 |
| 11/21/03 | 8.740 | 8.530 | 8.570 | 2657200 |
| 11/24/03 | 8.950 | 8.670 | 8.926 | 3296300 |
| 11/25/03 | 9.090 | 8.760 | 8.850 | 2770900 |
| 11/26/03 | 9.060 | 8.760 | 9.040 | 3679900 |
| 11/27/03 | HOLIDAY | | | |
| 11/28/03 | 9.150 | 8.900 | 9.140 | 2305700 |
| 12/01/03 | 9.290 | 9.050 | 9.250 | 3765800 |
| 12/02/03 | 9.360 | 9.100 | 9.139 | 3230700 |
| 12/03/03 | 9.320 | 8.780 | 8.820 | 3626300 |
| 12/04/03 | 8.940 | 8.400 | 8.600 | 5034400 |
| 12/05/03 | 8.620 | 8.410 | 8.500 | 2175400 |
| 12/08/03 | 8.580 | 8.010 | 8.170 | 4749400 |

 

Copyright (c) 1991, IDD Information Services, Tradeline(r)

SONUS NETWORKS INC

| Date | High/Ask | Low/Bid | Close/Bid | Volume |
| --- | --- | --- | --- | --- |
| 12/09/03 | 8.390 | 7.750 | 7.890 | 4393400 |
| 12/10/03 | 7.930 | 7.060 | 7.130 | 9331400 |
| 12/11/03 | 8.390 | 7.350 | 8.150 | 13106000 |
| 12/12/03 | 8.540 | 8.000 | 8.100 | 6650300 |
| 12/15/03 | 8.750 | 7.500 | 7.620 | 9135000 |
| 12/16/03 | 7.770 | 7.250 | 7.640 | 6080700 |
| 12/17/03 | 7.850 | 7.530 | 7.610 | 4174700 |
| 12/18/03 | 7.880 | 7.600 | 7.790 | 3192000 |
| 12/19/03 | 7.950 | 7.620 | 7.750 | 3377600 |
| 12/22/03 | 7.780 | 7.510 | 7.570 | 2885900 |
| 12/23/03 | 7.690 | 7.470 | 7.530 | 2597200 |
| 12/24/03 | 7.670 | 7.468 | 7.470 | 1059300 |
| 12/25/03 | HOLIDAY | | | |
| 12/26/03 | 7.590 | 7.450 | 7.500 | 974500 |
| 12/29/03 | 7.840 | 7.500 | 7.750 | 3813000 |
| 12/30/03 | 7.970 | 7.700 | 7.790 | 2645900 |
| 12/31/03 | 7.920 | 7.540 | 7.540 | 3114600 |
| 01/01/04 | HOLIDAY | | | |
| 01/02/04 | 7.870 | 7.640 | 7.820 | 3557700 |
| 01/05/04 | 7.980 | 7.700 | 7.960 | 3532800 |
| 01/06/04 | 8.540 | 7.950 | 8.494 | 7188700 |
| 01/07/04 | 8.100 | 7.510 | 7.600 | 21105000 |
| 01/08/04 | 8.053 | 7.739 | 7.890 | 11996000 |
| 01/09/04 | 8.150 | 7.690 | 7.900 | 7821400 |
| 01/12/04 | 8.230 | 7.980 | 8.150 | 4878100 |
| 01/13/04 | 8.310 | 7.900 | 8.110 | 4591900 |
| 01/14/04 | 8.230 | 7.980 | 8.070 | 2740300 |
| 01/15/04 | 8.120 | 7.850 | 7.900 | 4411700 |
| 01/16/04 | 9.280 | 8.200 | 9.280 | 18181000 |
| 01/19/04 | HOLIDAY | | | |

-END-

  

Copyright (c) 1991, IDD Information Services, Tradeline(r)

SONUS NETWORKS INC

Ticker: SONS   CUSIP: 83591610 Type: Common
Status: Active              Available from: 05/25/00

Unadjusted Daily Prices 01/20/04 to 03/19/04 in US$

| Date | High/Ask | Low/Bid | Close/Bid | Volume |
|------|----------|---------|-----------|--------|
| 01/20/04 | 10.000 | 9.060 | 9.910 | 23813000 |
| 01/21/04 | 8.980 | 8.430 | 8.930 | 27968000 |
| 01/22/04 | 8.900 | 8.520 | 8.530 | 5515400 |
| 01/23/04 | 9.040 | 8.570 | 9.030 | 7010300 |
| 01/26/04 | 9.420 | 8.930 | 9.170 | 6879800 |
| 01/27/04 | 9.270 | 8.820 | 8.890 | 3889000 |
| 01/28/04 | 9.100 | 8.520 | 8.570 | 4408500 |
| 01/29/04 | 8.850 | 7.920 | 8.230 | 8894500 |
| 01/30/04 | 8.640 | 8.250 | 8.540 | 5334700 |
| 02/02/04 | 8.680 | 8.250 | 8.350 | 4500600 |
| 02/03/04 | 8.440 | 8.100 | 8.200 | 3499000 |
| 02/04/04 | 8.110 | 7.510 | 7.590 | 7449200 |
| 02/05/04 | 7.830 | 7.570 | 7.620 | 4545500 |
| 02/06/04 | 7.830 | 7.520 | 7.810 | 5256400 |
| 02/09/04 | 7.900 | 7.600 | 7.630 | 4235500 |
| 02/10/04 | 7.650 | 7.320 | 7.500 | 6069000 |
| 02/11/04 | 7.550 | 6.300 | 6.691 | 45972000 |
| 02/12/04 | 5.840 | 5.020 | 5.390 | 96041000 |
| 02/13/04 | 6.040 | 5.500 | 5.820 | 36662000 |
| 02/16/04 | HOLIDAY | | | |
| 02/17/04 | 6.270 | 5.820 | 5.870 | 23414000 |
| 02/18/04 | 5.970 | 5.670 | 5.730 | 11958000 |
| 02/19/04 | 5.890 | 5.630 | 5.680 | 8481800 |
| 02/20/04 | 5.680 | 5.318 | 5.370 | 10648000 |
| 02/23/04 | 5.570 | 5.201 | 5.450 | 11224000 |
| 02/24/04 | 5.660 | 5.310 | 5.370 | 9865200 |
| 02/25/04 | 5.570 | 5.360 | 5.449 | 7292200 |
| 02/26/04 | 5.640 | 5.330 | 5.570 | 6027800 |
| 02/27/04 | 6.000 | 5.600 | 5.930 | 13629000 |
| 03/01/04 | 6.240 | 5.930 | 6.090 | 10530000 |
| 03/02/04 | 6.150 | 5.900 | 6.000 | 8257600 |
| 03/03/04 | 6.030 | 5.790 | 5.840 | 6137200 |
| 03/04/04 | 5.950 | 5.760 | 5.900 | 4484300 |
| 03/05/04 | 5.990 | 5.760 | 5.810 | 3699300 |
| 03/08/04 | 5.900 | 5.510 | 5.530 | 4644500 |
| 03/09/04 | 5.540 | 5.250 | 5.350 | 6662700 |

  

Copyright (c) 1991, IDD Information Services, Tradeline(r)

SONUS NETWORKS INC

| Date | High/Ask | Low/Bid | Close/Bid | Volume |
| --- | --- | --- | --- | --- |
| 03/10/04 | 5.510 | 5.080 | 5.160 | 8374800 |
| 03/11/04 | 5.420 | 5.000 | 5.170 | 6803400 |
| 03/12/04 | 5.490 | 5.160 | 5.320 | 5265700 |
| 03/15/04 | 5.740 | 5.300 | 5.380 | 7386400 |
| 03/16/04 | 5.560 | 5.130 | 5.250 | 5081500 |
| 03/17/04 | 5.420 | 5.280 | 5.380 | 3425200 |
| 03/18/04 | 5.450 | 5.220 | 5.440 | 3668400 |
| 03/19/04 | 5.520 | 5.330 | 5.330 | 3042700 |

-END-

