# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC.<br>SHAREHOLDER DERIVATIVE LITIGATION ) )<br>)<br>)<br>Consolidated Cases: )<br>1-04-CV-10359 DPW; 1-04-CV-10384 DPW; 1-04-)<br>CV-10576 DPW )<br>) | Case No. 1-04-CV-10359-DPW |

## ENTRY OF APPEARANCE

In connection with the above captioned action, please enter our appearance as counsel for Defendants, **Rubin Gruber, John Michael O'Hara, Edward N. Harris and Paul R. Jones**:

**John D. Hughes (B.B.O. No. 243660)**
**Mary Patricia Cormier (B.B.O. No. 635756)**
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel.: (617) 439-4444
Fax: (617) 439-4170

By their attorneys

_____
John D. Hughes (B.B.O. No. 243660)
Mary Patricia Cormier (B.B.O. No. 635756)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel. 617-439-4444
Fax. 617-439-4170

## CERTIFICATE OF SERVICE

I, John D. Hughes, certify that on the 2nd day of December, 2004, I caused a copy of the foregoing document to be served via first-class mail postage pre-paid upon the following counsel of record:

| | |
|---|---|
| Edward T. Dangel, III<br>Dangel, Donlan and Fine<br>10 Derne Street<br>Boston, MA 02114-4203 | Michael K. Mattchen<br>Dangel & Mattchen<br>10 Derne Street<br>Boston, MA 02114-4203 |
| Paul T. Warner<br>Reich & Binstock, LLP<br>Suite 1000<br>4265 San Felipe<br>Houston, TX 77027 | David Pastor<br>Peter A. Lagorio<br>Gilman and Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906 |
| Gregory M. Nespole<br>Wolf, Haldenstein, Adler, Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016 | Juden Justice Reed<br>Willem F. Jonckheer<br>Schubert & Reed LLP<br>Two Embarcadero Center<br>Suite 1050<br>San Francisco, CA 94111 |
| Alan L. Kovacs<br>Law Office of Alan L. Kovacs<br>2001 Beacon Street<br>Suite 106<br>Boston, MA 02135 | William B. Federman<br>The Law Firm of Federman & Sherwood<br>Suite 2720<br>120 N. Robinson Avenue<br>Oklahoma City, OK 73102 |
| John R. Baraniak, Jr.<br>Robert S. Frank, Jr.<br>Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>33rd Floor<br>Boston, MA 02109-2804 | Matthew J. Matule<br>Thomas J. Dougherty<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108 |

- 3 -

| | |
|---|---|
| Daniel W. Halston<br>James W. Prendergast<br>Jeffrey B. Rudman<br>Daniel H. Gould<br>Gregory F. Noonan<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>60 State Street<br>Boston, MA 02109 | Nicole Robbins Starr<br>Berman DeValerio Pease Tobacco Burt & Pucillo<br>One Liberty Square<br>Boston, MA 02114 |
| Michael F. Germano<br>63 Atlantic Avenue<br>Boston, MA 02110 | |

/s/ John D. Hughes
John D. Hughes