UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC.<br>SHAREHOLDER DERIVATIVE LITIGATION<br><br>Consolidated Cases:<br>1-04-CV-10359 DPW; 1-04-CV-10384 DPW; 1-04-CV-10576 DPW | Case No. 1-04-CV-10359 DPW<br><br>**JOINT MOTION TO AMEND BRIEFING SCHEDULE** |

The parties hereby move jointly to modify the briefing schedule in connection with defendants' motion to dismiss the Consolidated Shareholder Derivative Complaint (the "Consolidated Complaint"). As grounds for this joint motion, the parties state as follows:

1. The Consolidated Complaint was filed on October 12, 2004.

1. The defendants filed a motion to dismiss the Consolidated Complaint on December 2, 2004. No hearing date has been set.

2. Under the scheduling order entered by the Court on November 19, 2005, plaintiffs' opposition brief is due to be filed on January 21, 2005, and defendants reply brief is due to be filed on February 4, 2005.

3. On or about January 4, 2005, counsel for plaintiffs requested of defendants an extension of time to file the opposition brief to accommodate the schedule of plaintiffs' counsel schedule in connection with the holiday season. In response to this request, defendants indicated

{00003954.DOC ; 1}                                                                                                                    Page 1

that they would not oppose a fourteen day extension of the due date for plaintiffs' opposition brief, with a corresponding fourteen day extension of the due date for defendants' reply brief.

WHEREFORE, the parties hereby respectfully request that the Court modify the briefing schedule in connection with defendants' response to the Consolidated Complaint, as follows:

1. Plaintiffs' opposition brief shall be filed on February 4, 2005.

2. Defendants' reply brief shall be filed on February 25, 2005.

Dated: January 13, 2005                    Respectfully submitted,

/s/ David Pastor
David Pastor (BBO #391000)
John C. Martland (BBO #322980)
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Tel: (781) 231-7850
Fax: (781) 231-7840

Willem F. Jonckheer
Schubert & Reed LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111
Tel: (415) 788-4220
Fax: (415) 788-0161
*Lead Counsel for Plaintiffs*

/s/Jeffrey B. Rudman
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Joanne L. Monteavaro (JM-4053)
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel:  (617) 526-6000
Fax: (617) 526-5000
*Attorneys for Defendants Edward T. Anderson, Paul J. Ferri, Paul J. Severino, Albert A. Notini and Nominal Defendant Sonus Networks, Inc.*

/s/Robert S. Frank, Jr.
Robert S. Frank, Jr. (BBO #177240)
John R. Baraniak, Jr. (BBO #552259)
Choate Hall & Stewart
Exchange Place Building
53 State Street
Boston, Massachusetts 02109
Tel: (617) 248-5000
Fax: (617) 248-4000
*Attorneys for Defendant Hassan M. Ahmed*

/s/ Thomas J. Dougherty
Thomas J. Dougherty (BBO #132300)
Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108
Tel: (617) 573-4800
Fax: (617) 573-4822
*Attorneys for Defendant Stephen J. Nill*

/s/John D. Hughes
John D. Hughes (BBO #243660)
Edwards & Angell LLP
101 Federal Street
Boston, Massachusetts 02110
Tel: (617) 439-4444
Fax: (617) 439-4170
*Attorneys for Defendants Paul R. Jones, Edward N. Harris, J. Michael O'Hara and Rubin Gruber*