UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE SONUS NETWORKS, INC.                  )
SHAREHOLDER DERIVATIVE LITIGATION           )
_____ ) Case No. 1-04-CV-10359 DPW
                                            )
Consolidated Cases:                         )
1-04-CV-10359 DPW; 1-04-CV-10384 DPW; 1-04  )
CV-10576 DPW                                )
_____ )

**NOTICE OF CHANGE OF ADDRESS**

    Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

        GILMAN AND PASTOR, LLP
        60 State Street, 37th Floor
        Boston, MA 02109
        Telephone: (617) 742-9700
        Facsimile: (617) 742-9701

Dated: May 26, 2005        Respectfully submitted,

        /s/ David Pastor
        David Pastor (BBO # 391000)
        GILMAN AND PASTOR, LLP
        60 State Street, 37th Floor
        Boston, MA 02109
        Telephone: (617) 742-9700
        Facsimile: (617) 742-9701

        Attorney for Plaintiffs

00004870.WPD ; 1