## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DANIEL WILLIAMS, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  04-10359-DPW |
| | ) | |
| HASSAN M. AHMED, STEPHEN J. NILL, | ) | Consolidated Shareholder |
| EDWARD T. ANDERSON, PAUL J. FERRI, and | ) | Derivative Cases |
| PAUL J. SEVERINO | ) | |
| Defendants, | ) | |
| -and- | ) | |
| | ) | |
| SONUS NETWORKS, INC., | ) | |
| Nominal Defendant. | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF DANIEL H. GOLD

Daniel H. Gold of Wilmer Cutler Pickering Hale and Dorr LLP hereby gives notice that

he will no longer serve as counsel for defendants Edward T. Anderson, Paul J. Ferri, Paul J.

Severino, Albert A. Notini and Nominal Defendant Sonus Networks, Inc. in this action.  The

appearances of other attorneys from Wilmer Cutler Pickering Hale and Dorr LLP remain in

effect and are not affected by this withdrawal.


Respectfully Submitted,


/s/_Daniel H. Gold_____
Daniel H. Gold (BBO #654909)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: July 1, 2005