## VERIFICATION

I, Michael Pisnoy, am a plaintiff in the within action and a resident of the State of Florida. I have read the foregoing complaint and know the contents thereof, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

June 30, 2005

                                                                      _____
                                                                       Michael Pisnoy