UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
IN RE SONUS NETWORKS, INC.                 )
SHAREHOLDER DERIVATIVE LITIGATION          )   Case No. 04-10359-DPW
                                           )
_____)


**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO
ADD FIVE ADDITIONAL PAGES TO MEMORANDUM OF LAW IN
SUPPORT OF MOTION TO DISMISS SECOND AMENDED
CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT**

The defendants, Edward T. Anderson, Paul J. Ferri, Albert A. Notini, Paul J. Severino, Hassan Ahmed, Rubin Gruber, Paul R. Jones, Edward N. Harris, J. Michael O'Hara and Stephen J. Nill and nominal defendant Sonus Networks, Inc. (the "Defendants"), hereby move for leave to file a brief with 5 additional pages (for a total of 25 pages) in support of their anticipated Motion to Dismiss the Plantiffs' Second Amended Consolidated Shareholder Derivative Complaint.  As grounds for this motion, Defendants state the following:

1. Plaintiffs have filed a 72-page Second Amended Consolidated Shareholder Derivative Complaint ("Second Amended Complaint"), which is 20 pages longer than Plaintiffs' previous Amended Consolidated Shareholder Derivative Complaint.

2. Defendants intend to respond with one consolidated Memorandum of Law in Support of Defendants' anticipated Motion to Dismiss, even though each Defendant may have some independent arguments supporting the Motion to Dismiss.

3. Defendants require the requested additional pages in their responsive papers to adequately respond to the Second Amended Complaint in a consolidated memorandum.

4. Plaintiffs have assented to this motion.

For the reasons set forth above, the Defendants request that the Court increase the 20-page limit set forth in Local Rule 7.1(B)(4) to 25 pages for Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss.

Respectfully submitted,

/s/ Jeffrey B. Rudman
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Gregory F. Noonan (BBO # 651035)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
*Attorneys for Defendants Edward T. Anderson, Paul J. Ferri, Albert A. Notini, Paul J. Severino and Nominal Defendant Sonus Networks, Inc.*


/s/ John R. Baraniak, Jr. (by perm.)
Robert S. Frank, Jr. (BBO #177240)
John R. Baraniak, Jr. (BBO #552259)
Choate Hall & Stewart
Exchange Place Building
53 State Street
Boston, Massachusetts 02109
Tel:  (617) 248-5000
Fax:  (617) 248-4000
*Attorneys for Defendant Hassan M. Ahmed*

/s/ Matthew J. Matule (by perm.)
Thomas J. Dougherty (BBO #132300)
Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108
Tel: (617) 573-4800
Fax: (617) 573-4822
*Attorneys for Defendant Stephen J. Nill*

<u>/s/ John D. Hughes (by perm.)</u>
John D. Hughes (BBO #243660)
Edwards & Angell LLP
101 Federal Street
Boston, Massachusetts 02110
Tel:   (617) 439-4444
Fax:  (617) 439-4170
*Attorneys for Defendants Paul R. Jones, Edward N. Harris, J. Michael O'Hara and Rubin Gruber*

Dated: July 14, 2005

## CERTIFICATE OF CONFERENCE

      I hereby certify that counsel for the parties conferred in an attempt to narrow or resolve the issues presented in this motion, and the parties assented to the motion.

                                              /s/ Gregory F. Noonan

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Defendants' Assented-to Motion for Leave to Add Five Additional Pages To Memorandum of Law in Support of Motion to Dismiss Second Amended Consolidated Shareholder Derivative Complaint was served on all counsel of record either electronically or by first-class mail this 14th day of July, 2005.

                        /s/ Gregory F. Noonan