VERIFICATION

    I, Michael Pisnoy, am a plaintiff in the within action and a resident of the State of Florida. I have read the foregoing complaint and know the contents thereof, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on July 27, 2005.

                                            _____
                                                   Michael Pisnoy