**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

—————————————————————————

)
IN RE SONUS NETWORKS, INC.                                 )
SHAREHOLDER DERIVATIVE LITIGATION          )          Case No.  04-10359-DPW
)
—————————————————————————)

**DEFENDANTS' MOTION TO DISMISS**
**CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT**

The defendants, Edward T. Anderson, Paul J. Ferri, Albert A. Notini, Paul J. Severino,

Hassan Ahmed, Rubin Gruber, Paul R. Jones, Edward N. Harris, J. Michael O'Hara and Stephen

J. Nill and nominal defendant Sonus Networks, Inc. (the "Defendants"), hereby move to dismiss

the Second Amended Consolidated Shareholder Derivative Complaint on the following grounds.

First, the Plaintiffs are estopped from relitigating the issue of whether the Sonus Board of

Directors was capable of considering demand, because Judge van Gestel of the Massachusetts

Superior Court has already held that demand is not excused in these cases.  Second, even if

Plaintiffs' allegations of demand futility are considered, they fail to allege relevant,

particularized facts sufficient to show why Plaintiffs' failure to make demand should be excused.

In support of this motion, the Defendants have filed the accompanying Memorandum of Law in

Support of Defendants' Motion to Dismiss Second Amended Consolidated Shareholder

Derivative Complaint and Transmittal Affidavit of Gregory F. Noonan.

For the reasons set forth more fully in the accompanying Memorandum of Law, the

Defendants request that the Court dismiss the Second Amended Consolidated Shareholder

Derivative Complaint with prejudice and grant such further relief that the Court deems fair and

just.

**<u>REQUEST FOR ORAL ARGUMENT</u>**

Pursuant to Local Rule 7.1(D), Defendants request a hearing on their Motion to Dismiss.


Respectfully submitted,

/s/  Gregory F. Noonan
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Peter A. Spaeth (BBO  #545202)
Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel:   (617) 526-6000
Fax:  (617) 526-5000
*Attorneys for Defendants Edward T.*
*Anderson, Paul J. Ferri, Albert A. Notini, Paul J.*
*Severino and Nominal Defendant*
*Sonus Networks, Inc.*


/s/  John R. Baraniak, Jr. (by perm. GFN)
Robert S. Frank, Jr. (BBO #177240)
John R. Baraniak, Jr. (BBO #552259)
Choate Hall & Stewart
Two International Place
Boston, Massachusetts 02109
Tel:  (617) 248-5000
Fax:  (617) 248-4000
*Attorneys for Defendant Hassan M. Ahmed*

/s/ Matthew J. Matule (by perm. GFN)
Thomas J. Dougherty (BBO #132300)
Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108
Tel:  (617) 573-4800
Fax:  (617) 573-4822
*Attorneys for Defendant Stephen J. Nill*

-3-

/s/ John D. Hughes (by perm. GFN)
John D. Hughes (BBO #243660)
Edwards & Angell LLP
101 Federal Street
Boston, Massachusetts 02110
Tel:   (617) 439-4444
Fax:  (617) 439-4170
*Attorneys for Defendants Paul R. Jones, Edward N. Harris, J. Michael O'Hara and Rubin Gruber*

Dated: August 15, 2005