# Exhibit D

COMMONWEALTH OF MASSACHUSETTS
APPEALS COURT

SUFFOLK, SS

|  |  |
|---|---|
| STEVEN PALMA & another )<br>)<br>Appellants, )<br>)<br>v. )<br>)<br>HASSAN M. AHMED & others )<br>)<br>Appellees. ) | A.C. 2004-P-1765 |

### PLAIINTIFFS'-APPELLANTS' ASSENTED TO MOTION TO WITHDRAW APPEAL

Now come Steven Palma and Brian Tillman, and pursuant to Rule 29, M.R.A.P., move this Court for leave to withdraw their appeal. In light of the Securities and Exchange Commission's action as reported in Sonus' Form 8-K, dated June 9, 2005, the appellants hereby withdraw their appeal of the September 27, 2004 Judgment of the Superior Court dismissing this matter with prejudice. Defendants-Appellees assent to this Motion. Each party, by agreement, will bear its own costs of this appeal and the litigation below.

Respectfully submitted,

_/s/ Mary T. Sullivan_
Mary T. Sullivan, Esq., BBO #487130
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: (617) 742-0208
Facsimile: (617) 742-2187

*Attorneys for Plaintiffs-Appellants*
*Stephen Palma and Brian Tillman*

*Jeffrey B. Rudman/ by permission MTS*
Jeffrey B. Rudman (BBO # 433380)
James W. Prendergast (BBO #553073)
WILMER CUTLER PICKERING HALE AND
 DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Defendants-Appellees
Edward T. Anderson, Paul J. Ferri, Paul J.
Severino, Albert A. Notini and Nominal
Defendant Sonus Networks, Inc.*

*Matthew J. Matule /by permission MTS*
Thomas J. Dougherty (BBO # 132300)
Matthew J. Matule (BBO # 632075)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Beacon Street
Boston, MA 02108
(617) 573-4800

*Attorneys for Defendant-Appellee
Stephen J. Nill*

*John R. Baraniak/ by permission MTS*
Robert S. Frank, Jr. (BBO # 177240)
John R. Baraniak, Jr. (BBO # 552259)
CHOATE HALL & STEWART
Exchange Place Building
53 State Street
Boston, MA 02109
(617) 248-5000

*Attorneys for Defendant-Appellee
Hassan M. Ahmed*

*John D. Hughes/by permission* MTS
John D. Hughes (BBO # 243660)
EDWARDS & ANGELL LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

*Attorneys for Defendants-Appellees*
*Paul R. Jones, Edward N. Harris,*
*J. Michael O'Hara and Rubin Gruber*