UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE SONUS NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No. 1-04-CV-10359 DPW |

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO ADD FIVE ADDITIONAL PAGES TO MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT**

Plaintiffs, hereby move for leave to file a brief with 5 additional pages (for a total of 25 pages) in opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Consolidated Shareholder Derivative Complaint. As grounds for this motion, Plaintiffs state the following:

1. Defendants filed a 25 page consolidated Memorandum of Law in Support of Defendants' Motion to Dismiss. (The Court granted Defendants' assented-to motion for leave to file the additional five pages).

2. Plaintiffs require the requested additional pages in their responsive papers to adequately respond to the arguments raised in Defendants' consolidated memorandum.

3. Defendants have assented to this motion.

For the reasons set forth above, Plaintiffs request that the Court increase the 20-page limit set forth in Local Rule 7.1(B)(4) to 25 pages for Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

00006229.WPD ; 1

Respectfully submitted,


/s/ John C. Martland
John C. Martland (BBO #322980)
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA 02109
Tel: 617/742-9700
Fax: 617/742-9701

CERTIFICATE OF CONFERENCE

    I hereby certify that counsel for the parties conferred in an attempt to narrow or resolve the issues presented in this motion, and the parties assented to the motion.

                                                /s/ John C. Martland

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Plaintiffs' Assented-to Motion for Leave to Add Five Additional Pages To Memorandum of Law in Opposition to Defendants' Motion to Dismiss Second Amended Consolidated Shareholder Derivative Complaint was served on all counsel of record either electronically or by first-class mail this 1st day of September, 2005.

      /s/ John C. Martland