**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | **Case No. 1-04-CV-10359 DPW** |
| Consolidated Cases:<br>1-04-CV-10359 DPW; 1-04-CV-10384 DPW; 1-04-CV-10576 DPW | |

**DEFENDANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO**
**DISMISS SECOND AMENDED CONSOLIDATED**
**SHAREHOLDER DERIVATIVE COMPLAINT**

The defendants, Edward T. Anderson, Paul J. Ferri, Albert A. Notini, Paul J. Severino,

Hassan Ahmed, Rubin Gruber, Paul R. Jones, Edward N. Harris, J. Michael O'Hara and Stephen

J. Nill and nominal defendant Sonus Networks, Inc. (the "Defendants"), respectfully move for an

extension of time from September 23, 2005 to September 30, 2005, to file a reply to Plaintiffs'

Opposition to Defendants Motion to Dismiss the Second Amended Consolidated Shareholder

Derivative Complaint.  As grounds for this motion, Defendants state the following:

1.      Defendants filed a motion to dismiss the above-captioned action on August 15,

2005.  Plaintiffs filed an opposition to the motion on September 12, 2005.

2.      Defendants' reply to Plaintiffs' opposition is currently due on September 23,

2005.

3.      Defendants seek a short extension of time to September 30, 2005 to file a reply so

as to accommodate their attorneys' professional and personal schedules.

4.      Plaintiffs have assented to the requested extension of time.

WHEREFORE, the Defendants respectfully request that the Court extend the deadline for filing

a reply to Plaintiffs' opposition to September 30, 2005.


Respectfully submitted,

/s/ Gregory F. Noonan
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Peter A. Spaeth (BBO  #545202)
Gregory F. Noonan (BBO # 651035)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel:   (617) 526-6000
Fax:  (617) 526-5000
*Attorneys for Defendants Edward T.*
*Anderson, Paul J. Ferri, Albert A. Notini, Paul J.*
*Severino and Nominal Defendant*
*Sonus Networks, Inc.*


/s/ John R. Baraniak (by perm. GFN)
Robert S. Frank, Jr. (BBO #177240)
John R. Baraniak, Jr. (BBO #552259)
Choate Hall & Stewart
Two International Place
Boston, Massachusetts 02110
Tel:   (617) 248-5000
Fax:  (617) 248-4000
*Attorneys for Defendant Hassan M. Ahmed*

/s/ Matthew J. Matule (by perm. GFN)
Thomas J. Dougherty (BBO #132300)
Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108
Tel:  (617) 573-4800
Fax: (617) 573-4822
*Attorneys for Defendant Stephen J. Nill*


/s/ John D. Hughes (by perm. GFN)
John D. Hughes (BBO #243660)
Edwards & Angell LLP
101 Federal Street
Boston, Massachusetts 02110
Tel:   (617) 439-4444
Fax: (617) 439-4170
*Attorneys for Defendants Paul R. Jones, Edward N.
Harris, J. Michael O'Hara and Rubin Gruber*


Dated:  September 14, 2005

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the parties conferred in an attempt to narrow or resolve the issues presented in this motion, and the parties assented to the motion.

<u>s/ Gregory F. Noonan</u>

- 5 -

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendants' Assented-to Motion for Extension of Time to File a Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Second Amended Consolidated Shareholder Derivative Complaint was served on all counsel of record either electronically or by first-class mail this 14th day of September, 2005.

/s/ Gregory F. Noonan

US1DOCS 5286841v1