# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC.<br>SHAREHOLDER DERIVATIVE LITIGATION | Case No. 1-04-CV-10359 DPW |
| Consolidated Cases:<br>1-04-CV-10359 DPW; 1-04-CV-10384 DPW; 1-04-CV-10576 DPW | NOTICE OF CHANGE OF ADDRESS |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that, effective November 7, 2005, Schubert & Reed LLP relocated its office to the address shown below:

> Schubert & Reed LLP
> Three Embarcadero Center, Suite 1650
> San Francisco, CA 94111

Please update your records accordingly. All service regarding this action requiring U.S. mail should be sent to the above address as of November 7, 2005. Our telephone, facsimile, and electronic mail contact information remains unchanged.

DATED: December 5, 2005                  SCHUBERT & REED LLP

                              By:    /s/ Robert C. Schubert
                                     Robert C. Schubert
                                     ROBERT C. SCHUBERT  BBO NO. 562242
                                     JUDEN JUSTICE REED
                                     WILLEM F. JONCKHEER
                                     SCHUBERT & REED LLP
                                     Three Embarcadero Center, Suite 1650
                                     San Francisco, California 94111
                                     Telephone: (415) 788-4220
                                     Facsimile: (415) 788-0161

                                     Plaintiffs' Lead Counsel