UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
IN RE SONUS NETWORKS, INC.      )
SHAREHOLDER DERIVATIVE          )
LITIGATION                      )
                                )       CIVIL ACTION NO.
                                )       04-10359-DPW
_____)
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order issued March 31, 2006, is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                BY THE COURT,

                                                /s/ Michelle Rynne
                                                Deputy Clerk

DATED: March 31, 2006