## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION  _____  Consolidated Cases: 1-04-CV-10359 DPW; 1-04-CV-10384 DPW; 1-04-CV-10576 DPW | Case No. 1-04-CV-10359 DPW  NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT |

Notice is hereby given that plaintiffs Michelle Berk, Michael Pisnoy and Daniel Williams hereby appeal to the United States Court of Appeals for the First Circuit from the district court's (1) Memorandum and Order and (2) Order of Dismissal, both dated March 31, 2006 and entered on April 4, 2006.

DATED: April 26, 2006

By:  /s/ John C. Martland
JOHN MARTLAND BBO NO. 332980
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, Massachusetts 02109
Telephone: (617) 742-9700

*Liaison Counsel*

ROBERT C. SCHUBERT  BBO NO. 562242
JUDEN JUSTICE REED
WILLEM F. JONCKHEER
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220

*Lead Counsel*