APPEAL, LEAD

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10359-DPW

Williams v. Ahmed et al
Assigned to: Judge Douglas P. Woodlock
Lead case: 1:04-cv-10359-DPW
Member case:
  1:04-cv-10576-DPW
Related Case: 1:04-cv-10294-DPW
Cause: 28:1332 Diversity - Stockholders Suits

Date Filed: 02/23/2004
Jury Demand: Plaintiff
Nature of Suit: 160 Stockholders Suits
Jurisdiction: Diversity

## Consolidated Plaintiff

**Michael Pisnoy**                    represented by **Edward T. Dangel, III**
Dangel, Donlan and Fine
10 Derne Street
Boston, MA 02114-4203
617-557-4800
Fax: 617-557-4827
Email: tdangel@danmatllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael K. Mattchen**
Dangel & Mattchen, LLP
10 Derne Street
Boston, MA 02114-4203
617-557-4800
Fax: 617-557-4827
Email: mmattchen@danmatllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul T. Warner**
Reich & Binstock, LLP
Suite 1000
4265 San Felipe
Houston, TX 77027
713-662-7271
Fax: 713-623-8724

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Consolidated Plaintiff

**Michelle Burk**
*Derivatively on behalf of Sonus Networks, Inc., A Delaware Corporation*

represented by **David Pastor**
Gilman and Pastor, LLP
60 State Street
37th Floor
Boston, MA 02109
617-742-9700
Fax: 617-742-9701
Email: dpastor@gilmanpastor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory M. Nespole**
Wolf, Haldenstein, Adler, Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016
212-545-4600
Fax: 2112-545-4653
Email: nespole@whafh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juden Justice Reed**
Schubert & Reed LLP
Two Embarcadero Center
Suite 1050
San Francisco, CA 94111
415-788-4220
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter A. Lagorio**
Gilman and Pastor, LLP
Suite 500
Stonehill Corporate Center
999 Broadway,
Saugus, MA 01906
781-231-7850
Fax: 781-231-7840

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Williams**                     represented by **Alan L. Kovacs**
Law Office of Alan L. Kovacs
2001 Beacon Street
Suite 106
Boston, MA 02135
617-964-1177
Fax: 617-332-1223
Email: alankovacs@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Willem F. Jonckheer**
Schubert & Reed, LLP
Two Embarcadero Center
San Francisco, CA 94111
415-788-4220
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Federman**
The Law Firm of Federman &
Sherwood
Suite 2720
120 N. Robinson Ave.
Oklahoma City, OK 73102
405-235-1560
Fax: 405-239-2112
Email: wfederman@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Pastor**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hassan M. Ahmed**                     represented by **John R. Baraniak, Jr.**

Choate, Hall & Stewart
Two International Place
100-150 Oliver Street
Boston, MA 02110
617-248-2114
Fax: 617-248-4000
Email: jb@choate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Frank, Jr.**
Choate, Hall & Stewart
Two International Place
100-150 Oliver Street
Boston, MA 02110
617-248-5207
Fax: 617-248-4000
Email: rfrank@choate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen J. Nill**                    represented by **Matthew J. Matule**

Skadden, Arps, Slate, Meagher &
Flom LLP
One Beacon Street
Boston, MA 02108
617-573-4887
Fax: 617-573-4822
Email: mmatule@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Dougherty**
Skadden, Arps, Slate, Meagher &
Flom LLP
One Beacon Street
Boston, MA 02108
617-573-4800
Fax: 617-573-4822
Email: dougherty@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward T. Anderson**                represented by **Daniel W. Halston**
                                     Wilmer Cutler Pickering Hale and
                                     Dorr LLP
                                     60 State Street
                                     Boston, MA 02109
                                     617-526-6654
                                     Fax: 617-526-5000
                                     Email:
                                     daniel.halston@wilmerhale.com
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **James W. Prendergast**
                                     Wilmer Cutler Pickering Hale and
                                     Dorr LLP
                                     60 State Street
                                     Boston, MA 02109
                                     617-526-6181
                                     Fax: 617-526-5000
                                     Email:
                                     james.prendergast@wilmerhale.com

                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Jeffrey B. Rudman**
                                     Wilmer Cutler Pickering Hale and
                                     Dorr LLP
                                     60 State Street
                                     Boston, MA 02109
                                     617-526-6912
                                     Fax: 617-526-5000
                                     Email:
                                     jeffrey.rudman@wilmerhale.com
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Daniel H. Gold**
                                     Wilmer Cutler Pickering Hale and
                                     Dorr LLP
                                     60 State Street

Boston, MA 02109
214-651-5154
Fax: 214-200-0526
Email:
daniel.gold@haynesboone.com.
*TERMINATED: 07/01/2005*
*ATTORNEY TO BE NOTICED*

**Gregory F Noonan**
Wilmer Cutler Pickering Hale and
Dorr LLP
60 State Street
Boston, MA 02109
617-526-6776
Fax: 617-526-5000
Email:
gregory.noonan@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul J. Ferri**                 represented by **Daniel W. Halston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W. Prendergast**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Rudman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel H. Gold**
(See above for address)
*TERMINATED: 07/01/2005*
*ATTORNEY TO BE NOTICED*

**Gregory F Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul J. Severino**

represented by **Daniel W. Halston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W. Prendergast**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Rudman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel H. Gold**
(See above for address)
*TERMINATED: 07/01/2005*
*ATTORNEY TO BE NOTICED*

**Gregory F Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sonus Networks, Inc.**

represented by **Daniel W. Halston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W. Prendergast**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Rudman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel H. Gold**

(See above for address)
*TERMINATED: 07/01/2005*
*ATTORNEY TO BE NOTICED*

**Gregory F Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Albert A. Notini**                represented by **Gregory F Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel H. Gold**
(See above for address)
*TERMINATED: 07/01/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J. Michael O'Hara**              represented by **John D. Hughes**
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
617-439-4444
Fax: 617-439-4170
Email: jhughes@eapdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary P. Cormier**
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
617-951-2225
Fax: 617-439-4170
Email:
mcormier@edwardsangell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel H. Gold**
(See above for address)
*TERMINATED: 07/01/2005*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward N. Harris**                 represented by **John D. Hughes**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Mary P. Cormier**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Daniel H. Gold**
                                                   (See above for address)
                                                   *TERMINATED: 07/01/2005*
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Paul R. Jones**                    represented by **John D. Hughes**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Mary P. Cormier**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Daniel H. Gold**
                                                   (See above for address)
                                                   *TERMINATED: 07/01/2005*
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Rubin Gruber**                     represented by **John D. Hughes**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Mary P. Cormier**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniel H. Gold**
(See above for address)
*TERMINATED: 07/01/2005*
*ATTORNEY TO BE NOTICED*

**Movant**

**Saverio Pugliese**    represented by **Nicole Robbins Starr**
Berman DeValerio Pease Tobacco
Burt & Pucillo
Floor 8
One Liberty Square
Boston, MA 02114
617-542-8300
Fax: 617-542-1194
Email: nstarr@bermanesq.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Jeffrey Foss**    represented by **Michael F. Germano**
63 Atlantic Avenue
Boston, MA 02110
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2004 | 1 | COMPLAINT against Hassan M. Ahmed, Edward T. Anderson, Paul J. Ferri, Stephen J. Nill, Paul J. Severino, Sonus Networks, Inc. Filing fee: $ 150, receipt number 54040, filed by Daniel Williams. (Attachments: # 1 Part II of Complaint)(Rynne, Michelle) (Entered: 02/24/2004) |
| 02/23/2004 | | Summons Issued as to Hassan M. Ahmed, Edward T. Anderson, Paul J. Ferri, Stephen J. Nill, Paul J. Severino, Sonus Networks, Inc. (Rynne, Michelle) (Entered: 02/24/2004) |
| 02/23/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Rynne, Michelle) (Entered: 02/24/2004) |
| 03/22/2004 | | ***Attorney Jeffrey B. Rudman for Paul J. Severino; Sonus |

| | | |
|---|---|---|
| | | Networks, Inc.; Edward T. Anderson and Paul J. Ferri, James W. Prendergast for Paul J. Severino; Sonus Networks, Inc.; Edward T. Anderson and Paul J. Ferri, Daniel W. Halston for Paul J. Severino; Sonus Networks, Inc.; Edward T. Anderson and Paul J. Ferri, Robert S. Frank for Hassan M. Ahmed, John R. Baraniak for Hassan M. Ahmed, Matthew J. Matule for Stephen J. Nill, Thomas J. Dougherty for Stephen J. Nill added. (Rynne, Michelle) (Entered: 03/23/2004) |
| 03/22/2004 | 2 | MOTION to Stay, or in the alternative, MOTION to Dismiss by Hassan M. Ahmed, Edward T. Anderson, Paul J. Ferri, Stephen J. Nill, Paul J. Severino.(Rynne, Michelle) (Entered: 03/23/2004) |
| 03/22/2004 | 3 | MEMORANDUM in Support re 2 MOTION to Stay, or in the alternative, MOTION to Dismiss filed by Hassan M. Ahmed, Edward T. Anderson, Paul J. Ferri, Stephen J. Nill, Paul J. Severino. (Rynne, Michelle) (Entered: 03/23/2004) |
| 03/29/2004 | 4 | MOTION for Leave to Appear Pro Hac Vice by William Federman Filing fee $ 50.00, receipt number 54914 by Daniel Williams. (Attachments: # 1 Text of Proposed Order)(Rynne, Michelle) (Entered: 04/02/2004) |
| 03/31/2004 | 5 | AFFIDAVIT of William Federman in Support re 4 MOTION for Leave to Appear Pro Hac Vice by William Federman Filing fee $ 50.00, receipt number 54914. (Rynne, Michelle) Additional attachment(s) added on 4/2/2004 (Rynne, Michelle). (Entered: 04/02/2004) |
| 04/02/2004 | ● | Judge Douglas P. Woodlock : Electronic ORDER entered granting 4 Motion for Leave to Appear Pro Hac Vice Added William B. Federman for Daniel Williams. (Attorneys admitted Pro Hac Vice can register for CM/ECF - electronic filing/electronic noticing - on line at www.mad.uscourts.gov) (Rynne, Michelle) (Entered: 04/02/2004) |
| 04/12/2004 | 7 | RESPONSE...Joint notice and stipulation of no opposition to Motion re 2 MOTION to Dismiss MOTION to Stay filed by Daniel Williams. (Smith3, Dianne) (Entered: 04/20/2004) |
| 04/12/2004 | 9 | Motion of Jeffrey Foss for the Consolidation of all related Actions, to be Appointed Lead Plaintiff and for the Approval of Lead Plaintiff's Selection of Lead Counsel by Jeffrey Foss. (Attachments: # 1 Affidavit of Service# 2 Text of Proposed Order)(Barrette, Mark) (Entered: 04/26/2004) |

| 04/12/2004 | ●10 | MEMORANDUM in Support re 9 Motion of Jeffrey Foss for the Consolidation of all related Actions, to be Appointed Lead Plaintiff and for the Approval of Lead Plaintiff's Selection of Lead Counsel filed by Jeffrey Foss. (Barrette, Mark) (Entered: 04/26/2004) |
|---|---|---|
| 04/12/2004 | ●11 | DECLARATION of Nancy Kaboolian re 9 Motion of Jeffrey Foss for the Consolidation of all related Actions, to be Appointed Lead Plaintiff and for the Approval of Lead Plaintiff's Selection of Lead Counsel by Jeffrey Foss. (Barrette, Mark) (Entered: 04/26/2004) |
| 04/15/2004 | ●6 | NOTICE of Appearance by Gregory F Noonan on behalf of Edward T. Anderson, Paul J. Ferri, Paul J. Severino, Sonus Networks, Inc. (Noonan, Gregory) (Entered: 04/15/2004) |
| 04/22/2004 | ●8 | MOTION to Withdraw *Motion to Consolidate Cases and for Appointment as Lead Plaintiff* by Saverio Pugliese.(Starr, Nicole) (Entered: 04/22/2004) |
| 04/27/2004 | ●12 | MOTION to Appoint Counsel *Lead Counsel* by Daniel Williams.(Kovacs, Alan) (Entered: 04/27/2004) |
| 04/27/2004 | ●13 | MOTION to Appoint Counsel */Memo In Support* by Daniel Williams. (Attachments: # 1 Exhibit Resume of Federman Law Firm# 2 Exhibit Resume of Kovacs Law Firm# 3 Text of Proposed Order Proposed Order)(Kovacs, Alan) (Entered: 04/27/2004) |
| 04/30/2004 | ●14 | NOTICE of Scheduling Conference: Scheduling Conference set for 6/28/2004 at 2:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Greenberg, Rebecca) (Entered: 04/30/2004) |
| 05/10/2004 | ●15 | SUMMONS Returned Executed Sonus Networks, Inc. served on 2/27/2004, answer due 3/18/2004. (Rynne, Michelle) (Entered: 05/17/2004) |
| 05/10/2004 | ●16 | SUMMONS Returned Executed Paul J. Severino served on 2/27/2004, answer due 3/18/2004. (Rynne, Michelle) (Entered: 05/17/2004) |
| 05/10/2004 | ●17 | SUMMONS Returned Executed Paul J. Ferri served on 2/27/2004, answer due 3/18/2004. (Rynne, Michelle) (Entered: 05/17/2004) |
| 05/10/2004 | ●18 | SUMMONS Returned Executed Edward T. Anderson served |

| | | on 2/27/2004, answer due 3/18/2004. (Rynne, Michelle) (Entered: 05/17/2004) |
|---|---|---|
| 05/10/2004 | 🔵19 | SUMMONS Returned Executed Stephen J. Nill served on 2/27/2004, answer due 3/18/2004. (Rynne, Michelle) (Entered: 05/17/2004) |
| 05/10/2004 | 🔵20 | SUMMONS Returned Executed Hassan M. Ahmed served on 2/27/2004, answer due 3/18/2004. (Rynne, Michelle) (Entered: 05/17/2004) |
| 05/17/2004 | 🔵21 | Opposition re 12 MOTION to Appoint Counsel *Lead Counsel*, 13 MOTION to Appoint Counsel */Memo In Support* filed by Michael Pisnoy. (Attachments: # 1)(Mattchen, Michael) Modified on 5/17/2004. (original filed in paper form on 5/11/04 - electronically filed 5/17/04) (Rynne, Michelle). (Entered: 05/17/2004) |
| 05/24/2004 | 🔵22 | MOTION for Leave to File *Reply Memorandum* by Daniel Williams. (Attachments: # 1)(Kovacs, Alan) (Entered: 05/24/2004) |
| 06/01/2004 | 🔵23 | NOTICE by Edward T. Anderson, Paul J. Ferri, Paul J. Severino, Sonus Networks, Inc. *Change of Firm Name* (Noonan, Gregory) (Entered: 06/01/2004) |
| 06/18/2004 | 🔵24 | JOINT STATEMENT re scheduling conference. (Starr, Nicole) (Entered: 06/18/2004) |
| 06/28/2004 | 🔵 | Electronic Clerk's Notes for proceedings held on 6/28/04 before Judge Douglas P. Woodlock : Scheduling Conference/Motion hearing held in 23 cases involving Sonus Network (04-10294-DPW; 04-10307-DPW;04-10308-DPW;04-10309-DPW;04-10310-DPW;?04-10314-DPW; 04-10329-DPW; 04-10333-DPW;04-10345-DPW ;04-10346-DPW; 04-10359-DPW; 04-10362-DPW;04-10363-DPW;04-10364-DPW; 04-10382-DPW; 04-10383-DPW; 04-10384-DPW;04-10454-DPW;04-10576-DPW;04-10597-DPW;04-10612-DPW ; 04-10623-DPW; 04-10714-DPW.) The three derivative action cases are consolidated (04-10359-DPW; 04-10384-DPW; 04-10576-DPW and LEAD derivative case is NOW 04-10359-DPW). The parties shall make all further filings in the derivative action cases in the Lead case 04-10359-DPW. With respect to the other 20 cases, they are consolidated at this time. All cases other than the lead case shall be terminated as pending cases from the docket. The |

|  |  |  |
|---|---|---|
|  |  | parties shall make all further filings in the Lead case, CA 04-10294-DPW. The cases are STAYED, including ruling on the Motions for Appointment of Plaintiffs' Lead Counsel, pending ruling by Judge Van Gestel in the state case, with respect to the motion to dismiss (heard and under advisement). BPI Global shall file Affidavits and underlying documentation of decision-makers by 7/6/04, and responses may be filed 1 week thereafter. A further conference is set for AUGUST 10, 2004 at 2:30 p.m. on all cases. By 8/5/04 the parties shall file a Status Report regarding the Lead counsel issues, the state court action, and proposals on ways to coordinate the cases. See ORDER for further details. Court Reporter: Pamela Owens) (Greenberg, Rebecca) (Entered: 06/28/2004) |
| 06/28/2004 | 25 | Judge Douglas P. Woodlock : ORDER FOR CONSOLIDATION, SCHEDULING ORDER, AND NOTICE OF FURTHER CONFERENCE(Greenberg, Rebecca) (Entered: 06/28/2004) |
| 06/28/2004 |  | ***Attorney Edward T. Dangel for Michael Pisnoy, Michael K. Mattchen for Michael Pisnoy, Paul T. Warner for Michael Pisnoy added. (Rynne, Michelle) (Entered: 07/09/2004) |
| 06/29/2004 | 26 | TRANSCRIPT of Hearing held on June 28, 2004 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/29/2004) |
| 08/04/2004 | 27 | Supplemental MEMORANDUM in Support re 12 MOTION to Appoint Counsel *Lead Counsel* filed by Daniel Williams. (Attachments: # 1 # 2)(Kovacs, Alan) (Entered: 08/04/2004) |
| 08/09/2004 | 28 | MOTION for Leave to Appear Pro Hac Vice by Willem F. Jonckheer by Michelle Burk. (Attachments: # 1)(Pastor, David) (Entered: 08/09/2004) |
| 08/09/2004 | 29 | Supplemental MEMORANDUM *in Support of Application to Appoint Schubert & Reed LLP as Sole Lead Derivative Counsel* filed by Michelle Burk. (Pastor, David) Modified on 8/10/2004 (Rynne, Michelle). (Entered: 08/09/2004) |
| 08/10/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing held on 8/10/2004 re 22 MOTION for Leave to File *Reply Memorandum* filed by |

|  |  | Daniel Williams, 12 MOTION to Appoint Counsel *Lead Counsel* filed by Daniel Williams, 13 MOTION to Appoint Counsel */Memo In Support* filed by Daniel Williams, 8 MOTION to Withdraw *Motion to Consolidate Cases and for Appointment as Lead Plaintiff* filed by Saverio Pugliese, 2 MOTION to Dismiss MOTION to Stay filed by Paul J. Ferri, Hassan M. Ahmed, Stephen J. Nill, Edward T. Anderson, Paul J. Severino, 9 MOTION to Consolidate Cases filed by Jeffrey Foss, and Scheduling Conference held on 8/10/2004. Parties report no decision yet rendered by Judge Van Gestal. After hearing on the motions for appointment of Lead Counsel and Lead Plaintiff in related case, CA 04-10294-DPW, the Court appoints BP Global Asset Management LLP as Lead Plaintiff in CA 04-10294-DPW and Lead Plaintiff's Counsel is the firm of Gold, Bennett,etc. There is no necessity to appoint Liaison counsel at this time in view of electronic filing. With respect to the derivative action CA 04-10359-DPW, Court appoints Lead derivative counsel Schubert & Reed. There is no necessity to appoint Liaison counsel. Parties agree upon a proposed schedule for both actions. Within 60 days from this date, a Consolidated Complaint shall be filed and a response is due 45 days thereafter. A further hearing/conference date will be set at a later time. (Court Reporter Pam Owens.) (Greenberg, Rebecca) (Court Reporter Pam Owens.) (Greenberg, Rebecca) (Entered: 08/10/2004) |
| 08/10/2004 | ❶ | Electronic SCHEDULING ORDER AND ORDER FOR TERMINATION OF MOTIONS: Motions terminated: 22 MOTION for Leave to File *Reply Memorandum* filed by Daniel Williams, 12 MOTION to Appoint Counsel *Lead Counsel* filed by Daniel Williams, 13 MOTION to Appoint Counsel */Memo In Support* filed by Daniel Williams, 8 MOTION to Withdraw *Motion to Consolidate Cases and for Appointment as Lead Plaintiff* filed by Saverio Pugliese, 2 MOTION to Dismiss MOTION to Stay filed by Paul J. Ferri, Hassan M. Ahmed, Stephen J. Nill, Edward T. Anderson, Paul J. Severino, 9 MOTION to Consolidate Cases filed by Jeffrey Foss. It is ORDERED that the Motions are terminated in view of the rulings made at the hearing this date appointing Lead Plaintiffs/Lead Counsel, and continuing the Stay pending Resolution by Judge in Superior Court. A Consolidated Amended Complaint shall be filed by October 12, 2004 and a response shall be filed 45 days thereafter, along with a Joint |

| | | proposal for scheduling. (Greenberg, Rebecca) (Entered: 08/10/2004) |
|---|---|---|
| 08/10/2004 | 🔘 | Filing fee: $ 50.00, receipt number 57856 regarding 28 Motion for leave to appear Pro Hac Vice by Willem F. Jonckheer. (Rynne, Michelle) (Entered: 08/11/2004) |
| 08/11/2004 | 🔘30 | NOTICE of Appearance by Daniel H. Gold on behalf of Edward T. Anderson, Paul J. Ferri, Paul J. Severino, Sonus Networks, Inc. (Gold, Daniel) (Entered: 08/11/2004) |
| 08/11/2004 | 🔘 | Judge Douglas P. Woodlock : Electronic ORDER entered granting 28 Motion for Leave to Appear Pro Hac Vice Added Willem F. Jonckheer for Daniel Williams. Attorneys admitted pro hac vice should register for CM/ECF - electronic filing/electronic noticing - online at www.mad.uscourts.gov (Rynne, Michelle) (Entered: 08/11/2004) |
| 08/20/2004 | 🔘31 | TRANSCRIPT of Hearing held on August 10, 2004 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/20/2004) |
| 10/12/2004 | 🔘32 | AMENDED COMPLAINT against all defendants, filed by Daniel Williams. (Attachments: # 1 Part 2 of Sonus Amended Complaint)(Martland, John) (Entered: 10/12/2004) |
| 10/22/2004 | 🔘33 | NOTICE by Daniel Williams re 32 Amended Complaint *Verification of Michael Pisnoy* (Pastor, David) (Entered: 10/22/2004) |
| 11/17/2004 | 🔘34 | JOINT STATEMENT of counsel *to Set Briefing Schedule for Defendants' Response to Consolidated Shareholder Derivative Complaint.* (Martland, John) (Entered: 11/17/2004) |
| 11/19/2004 | 🔘 | Judge Douglas P. Woodlock : ELECTRONIC ORDER entered re 34 Joint statement of counsel to Set Briefing Schedule for Defendants' Response to Consolidated Shareholder Derivative Complaint. Court adopts schedule as an order of this court: Defendants' response to the consolidated complaint shall be filed by 12/3/04; plaintiffs' opposition by 1/21/05; defendants' reply brief by 2/11/05.(Rynne, Michelle) (Entered: 11/19/2004) |
| 12/03/2004 | 🔘35 | MOTION to Dismiss *Consolidated Shareholder Derivative* |

| | | |
|---|---|---|
| | | *Complaint* by Albert A. Notini, J. Michael O'Hara, Edward N. Harris, Paul R. Jones, Rubin Gruber, Hassan M. Ahmed, Edward T. Anderson, Paul J. Ferri, Stephen J. Nill, Paul J. Severino, Sonus Networks, Inc..(Gold, Daniel) (Entered: 12/03/2004) |
| 12/03/2004 | 36 | MEMORANDUM in Support re 35 MOTION to Dismiss *Consolidated Shareholder Derivative Complaint* filed by Hassan M. Ahmed, Edward T. Anderson, Paul J. Ferri, Rubin Gruber, Edward N. Harris, Paul R. Jones, Stephen J. Nill, Albert A. Notini, J. Michael O'Hara, Paul J. Severino, Sonus Networks, Inc.. (Gold, Daniel) (Entered: 12/03/2004) |
| 12/03/2004 | 37 | AFFIDAVIT in Support re 35 MOTION to Dismiss *Consolidated Shareholder Derivative Complaint.* (Attachments: # 1 Exhibit A, Pages 1-19# 2 Exhibit A, Pages 20-42# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F)(Gold, Daniel) (Entered: 12/03/2004) |
| 12/06/2004 | 38 | CERTIFICATE OF SERVICE. (Nici, Richard) Modified on 12/13/2004 - filed as a certificate of service, but is a notice of appearance. See document #39 (Hurley, Virginia). (Entered: 12/08/2004) |
| 12/06/2004 | 39 | NOTICE of Appearance by Mary P. Cormier, John D. Hughes on behalf of Rubin Gruber, Edward N. Harris, Paul R. Jones, J. Michael O'Hara (Nici, Richard) (Entered: 12/08/2004) |
| 01/13/2005 | 40 | Joint MOTION to Amend *Briefing Schedule* by Daniel Williams.(Pastor, David) (Entered: 01/13/2005) |
| 01/20/2005 | ● | Judge Douglas P. Woodlock : ElectronicORDER entered granting 40 Motion to Amend briefing schedule. Opposition to motion to dismiss due 2/4/05; reply due 2/25/05. (Rynne, Michelle) (Entered: 01/20/2005) |
| 02/04/2005 | 41 | Opposition re 35 MOTION to Dismiss *Consolidated Shareholder Derivative Complaint* filed by Daniel Williams. (Martland, John) (Entered: 02/04/2005) |
| 02/25/2005 | 42 | REPLY to Response to Motion re 35 MOTION to Dismiss *Consolidated Shareholder Derivative Complaint* filed by Paul J. Severino, Sonus Networks, Inc., Albert A. Notini, J. Michael O'Hara, Edward N. Harris, Paul R. Jones, Rubin Gruber, Hassan M. Ahmed, Stephen J. Nill, Edward T. Anderson, Paul J. Ferri. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit |

| | | Exhibit B# 3 Exhibit Exhibit C)(Gold, Daniel) (Entered: 02/25/2005) |
|---|---|---|
| 04/11/2005 | ❷ | NOTICE of Hearing on Motion 35 MOTION to Dismiss *Consolidated Shareholder Derivative Complaint*: Motion Hearing set for 6/1/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 04/11/2005) |
| 05/26/2005 | ❷43 | NOTICE of Change of Address by David Pastor (Pastor, David) (Entered: 05/26/2005) |
| 06/01/2005 | ❷ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing held on 6/1/2005 re 35 MOTION to Dismiss. Plaintiffs have 30 days to amend complaint, by 7/1/05. Responsive pleadings by 8/15/05. Opposition by 9/12/05. Reply by 9/23/05. Motion to Dismiss denied as moot in light of the leave to amend given to plaintiffs.(Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/15/2005) |
| 07/01/2005 | ❷44 | NOTICE of Withdrawal of Appearance Attorney Daniel H. Gold terminated. (Gold, Daniel) (Entered: 07/01/2005) |
| 07/01/2005 | ❷45 | AMENDED COMPLAINT *(Second Amended Consolidated Shareholder Derivative Complaint)* against Paul J. Severino, Sonus Networks, Inc., Albert A. Notini, J. Michael O'Hara, Edward N. Harris, Paul R. Jones, Rubin Gruber, Hassan M. Ahmed, Edward T. Anderson, Paul J. Ferri, filed by Michelle Burk, Daniel Williams, Michael Pisnoy. (Attachments: # 1 Part 2 of complaint# 2 Part 3 of complaint# 3 Part 4 of complaint)(Pastor, David) (Entered: 07/01/2005) |
| 07/14/2005 | ❷46 | NOTICE by Michelle Burk re 45 Amended Complaint, *Verification of Michael Pisnoy* (Martland, John) (Entered: 07/14/2005) |
| 07/14/2005 | ❷47 | Assented to MOTION for Leave to File Excess Pages by Paul J. Severino, Sonus Networks, Inc., Albert A. Notini, J. Michael O'Hara, Edward N. Harris, Paul R. Jones, Rubin Gruber, Hassan M. Ahmed, Stephen J. Nill, Edward T. Anderson, Paul J. Ferri.(Noonan, Gregory) (Entered: 07/14/2005) |
| 07/14/2005 | ❷ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 47 Motion for Leave to File Excess Pages. (Rynne, Michelle) (Entered: 07/14/2005) |

| | | |
|---|---|---|
| 07/28/2005 | 48 | NOTICE by Michelle Burk re 45 Amended Complaint, *Corrected Verification of Michael Pisnoy* (Martland, John) (Entered: 07/28/2005) |
| 07/28/2005 | 49 | NOTICE of Change of Address by John R. Baraniak, Jr (Baraniak, John) (Entered: 07/28/2005) |
| 08/10/2005 | 50 | TRANSCRIPT of Hearing held on June 1, 2005 before Judge Woodlock. Court Reporter: Teri C. Gibson. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/650-6288 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/10/2005) |
| 08/15/2005 | 51 | First MOTION to Dismiss *Second Amended Consolidated Shareholder Derivative Complaint* by Paul J. Severino, Sonus Networks, Inc., Albert A. Notini, J. Michael O'Hara, Edward N. Harris, Paul R. Jones, Rubin Gruber, Hassan M. Ahmed, Stephen J. Nill, Edward T. Anderson, Paul J. Ferri.(Noonan, Gregory) (Entered: 08/15/2005) |
| 08/15/2005 | 52 | First MEMORANDUM in Support re 51 First MOTION to Dismiss *Second Amended Consolidated Shareholder Derivative Complaint* filed by Paul J. Severino, Sonus Networks, Inc., Albert A. Notini, J. Michael O'Hara, Edward N. Harris, Paul R. Jones, Rubin Gruber, Hassan M. Ahmed, Stephen J. Nill, Edward T. Anderson, Paul J. Ferri. (Noonan, Gregory) (Entered: 08/15/2005) |
| 08/15/2005 | 53 | AFFIDAVIT in Support re 52 Memorandum in Support of Motion, *To Dismiss Second Amended Consolidated Shareholder Derivative Complaint*. (Attachments: # 1 Exhibit A# 2 Errata B-1# 3 Exhibit B2# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F1# 8 Exhibit F2# 9 Exhibit G# 10 Exhibit H# 11 Exhibit I# 12 Exhibit J)(Noonan, Gregory) (Entered: 08/15/2005) |
| 09/01/2005 | 54 | Assented to MOTION for Leave to File *Five Additional Pages to Memorandum of Law in Opposition to Defendants' Motion to Dismiss Second Amended Consolidated Shareholder Derivative Complaint* by Daniel Williams.(Martland, John) (Entered: 09/01/2005) |
| 09/08/2005 | ● | Judge Douglas P. Woodlock : Electronic ORDER entered granting 54 Motion for Leave to File excess pages. (Rynne, Michelle) (Entered: 09/08/2005) |

| 09/12/2005 | ●55 | Opposition re 51 First MOTION to Dismiss *Second Amended Consolidated Shareholder Derivative Complaint* filed by Michelle Burk, Daniel Williams, Michael Pisnoy. (Pastor, David) (Entered: 09/12/2005) |
|---|---|---|
| 09/14/2005 | ●56 | Assented to MOTION for Extension of Time to 9/30/05 to File Response/Reply as to 55 Opposition to Motion *To Dismiss The Second Amended Consolidated Shareholder Derivative Complaint* by Paul J. Severino, Sonus Networks, Inc., Albert A. Notini, J. Michael O'Hara, Edward N. Harris, Paul R. Jones, Rubin Gruber, Hassan M. Ahmed, Stephen J. Nill, Edward T. Anderson, Paul J. Ferri.(Noonan, Gregory) (Entered: 09/14/2005) |
| 09/20/2005 | ● | Judge Douglas P. Woodlock : ElectronicORDER entered granting 56 Motion for Extension of Time to File Response/Reply re 51 First MOTION to Dismiss *Second Amended Consolidated Shareholder Derivative Complaint*. Replies due by 9/30/2005. (Rynne, Michelle) (Entered: 09/20/2005) |
| 09/26/2005 | ● | NOTICE of Hearing on 51 First MOTION to Dismiss *Second Amended Consolidated Shareholder Derivative Complaint*: Motion Hearing set for 12/7/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 09/26/2005) |
| 09/30/2005 | ●57 | REPLY to Response to Motion re 51 First MOTION to Dismiss *Second Amended Consolidated Shareholder Derivative Complaint* filed by Paul J. Severino, Sonus Networks, Inc., Albert A. Notini, J. Michael O'Hara, Edward N. Harris, Paul R. Jones, Rubin Gruber, Hassan M. Ahmed, Stephen J. Nill, Edward T. Anderson, Paul J. Ferri. (Noonan, Gregory) (Entered: 09/30/2005) |
| 09/30/2005 | ●58 | AFFIDAVIT in Support re 57 Reply to Response to Motion, *to Dismiss Second Amended Consolidated Shareholder Derivative Complaint*. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Noonan, Gregory) (Entered: 09/30/2005) |
| 12/01/2005 | ●59 | MOTION for Leave to File *Notice of Supplemental Authority* by Paul J. Severino, Sonus Networks, Inc., Albert A. Notini, J. Michael O'Hara, Edward N. Harris, Paul R. Jones, Rubin Gruber, Hassan M. Ahmed, Stephen J. Nill, Edward T. Anderson, Paul J. Ferri.(Noonan, Gregory) (Entered: |

| | | |
|---|---|---|
| | | 12/01/2005) |
| 12/01/2005 | 60 | NOTICE by Paul J. Severino, Sonus Networks, Inc., Albert A. Notini, J. Michael O'Hara, Edward N. Harris, Paul R. Jones, Rubin Gruber, Hassan M. Ahmed, Stephen J. Nill, Edward T. Anderson, Paul J. Ferri *of Supplemental Authority* (Noonan, Gregory) (Entered: 12/01/2005) |
| 12/05/2005 | 61 | NOTICE of Change of Address by David Pastor *of Schubert & Reed, LLP, Plaintiffs' Lead Counsel* (Pastor, David) (Entered: 12/05/2005) |
| 12/07/2005 | ◑ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing (joint hearing with 04-10294-DPW) held on 12/7/2005 re 51 First MOTION to Dismiss *Second Amended Consolidated Shareholder Derivative Complaint*. Motion taken under advisement. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 12/08/2005) |
| 02/02/2006 | 62 | TRANSCRIPT of Hearing held on December 7, 2005 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/02/2006) |
| 03/31/2006 | 63 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered granting 51 Motion to Dismiss. (Woodlock, Douglas) Modified on 4/4/2006 to correct filing date. (Rynne, Michelle). (Entered: 04/04/2006) |
| 03/31/2006 | 64 | Judge Douglas P. Woodlock : ORDER entered. ORDER DISMISSING CASE.(Rynne, Michelle) (Entered: 04/04/2006) |
| 04/26/2006 | 65 | NOTICE OF APPEAL by Michelle Burk, Daniel Williams, Michael Pisnoy. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/16/2006. (Brooks, Douglas) (Entered: 04/26/2006) |
| 04/27/2006 | ◑ | Receipt#72059 $455 for Notice of Appeal. (Nici, Richard) (Entered: 04/28/2006) |
| | | |

| 05/01/2006 | ❸ | E-Mail Notice returned as undeliverable. Name of Addressee: Paul T. Warner. The ECF Help Desk has attempted to locate Attorney Warner by telephone at the number on this docket. That number is out of service, and further searches could not find a telephone number. The ECF database has been updated to removed Attorney Warner's email address to prevent the return of additional undeliverable email notices. (Hurley, Virginia) (Entered: 05/01/2006) |