## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                        )
IN RE SONUS NETWORKS, INC.              )
SHAREHOLDER DERIVATIVE LITIGATION       )
_____ ) Case No. 1-04-CV-10359 DPW
                                        )
Consolidated Cases:                     )
1-04-CV-10359 DPW; 1-04-CV-10384 DPW; 1-04 )
CV-10576 DPW                            )
_____ )

## NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the

plaintiffs in this action.  The new address is the following:

GILMAN AND PASTOR, LLP
225 Franklin Street, 16th Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

Dated: July 28, 2006                    Respectfully submitted,


                                        /s/ David Pastor
                                        David Pastor (BBO # 391000)
                                        GILMAN AND PASTOR, LLP
                                        225 Franklin Street, 16th Floor
                                        Boston, MA 02110
                                        Telephone: (617) 742-9700
                                        Facsimile: (617) 742-9701

                                        Attorney for Plaintiffs

00004870.WPD ; 2