# United States Court of Appeals
## For the First Circuit

04-10359
USDC MA
Judge Woodlock

No. 06-1937

IN RE: SONUS NETWORKS, INC,
Shareholder Derivative Litigation

MICHAEL PISNOY; MICHELLE BURKE,
Derivatively on behalf of Sonus
Networks, Inc., a Delaware
Corporation; DANIEL WILLIAMS,
Plaintiffs-Appellants,

v.

HASSAN M. AHMED; STEPHEN J. NILL;
EDWARD T. ANDERSON; PAUL J. FERRI;
PAUL J. SEVERINO; SONUS NETWORKS,
INC.; ALBERT A. NOTINI; J. MICHAEL
O'HARA; EDWARD N. HARRIS; PAUL R.
JONES; RUBIN GRUBER,
Defendants-Appellees..

**JUDGMENT**
Entered: August 16, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/10/07

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Dangel, Mr. Mattchen, Mr. Martland, Mr. Warner, Mr. Brooks, Mr. Schubert, Mr. Jonckheer, Mr. Reed, Mr. Pastor, Mr. Nespole, Mr. Lagorio, Mr. Kovacs, Mr. Federman, Mr. Baraniak, Mr. Frank, Mr. Spaeth, Mr. Halston, Mr. Rudman, Mr. Noonan, Ms. Coffey, Mr. Matule, Mr. Dougherty, Mr. Prendergast, Mr. Hughes, Ms. Cormier, Ms. Starr, & Mr. Germano.]